

*Harris Family Center for Disability and Health Policy*

Voice (909) 469-5380 • FAX (909) 469-5503
www.westernu.edu

07.20.11

Regarding Emergency Plan for People with Disabilities — City of Los Angeles

To Whom It May Concern:

Please consider my interest in working with the City of Los Angeles in integrating access and functional needs into emergency planning, response and recovery. I have an extensive background in personal disability experience and emergency technical expertise. I would welcome the privilege and the opportunity to leverage my experience and expertise to support the City of Los Angeles's emergency planning. This work is especially important to me as I live and work in this City. In addition, I have gotten to know and respect Jim Featherstone, the head of the City's Emergency Management Department, through our work on the FEMA National Advisory Council. I believe that the work that the City of Los Angeles is undertaking on this issue is exceptionally important, both to the disability communities and emergency planning communities, and would greatly welcome the opportunity to be a part of this collaborative effort.

I operate a Disability Policy Consulting practice and serve as the Associate Director, Center for Disability and Health Policy at Western University of Health Sciences in Pomona, California. The Harris Family Center for Disability and Health Policy (CDHP), was established in 1998 at Western University of Health Sciences, in Pomona, California, to enhance health professions education, and to improve access for people with disabilities to health, health education, health care and emergency services. The CDHP works on:

- Improving the capability of health care providers and emergency planners and managers to include and meet the needs of people with disabilities and others with access and functional needs.
- Increasing the number of qualified individuals with disabilities who pursue careers in the health professions.
- Supporting people with disabilities in becoming more vocal and active participants in their health care and emergency preparedness.
- Conducting and disseminating research on continuing education programs for health care providers, community based health education, prevention, health care and emergency services for people with disabilities.
- Sponsoring educational activities and curriculum development for health and emergency professionals working with people with disabilities.
- Improving health care delivery through advocating basic changes in social and policy issues affecting the health of people with disabilities.

In the early 1980s, I became one of just a handful of people with disabilities who focus on disability and aging related emergency issues. I've work on emergency issues (see http.//www.iik.cornklisaster.html):

- internationally (Japan, Turkey,),
- locally (Clarke County, Kern, Los Angeles, Oakland, Riverside, San Diego, Santa Monica),
- with states (California, Michigan, Minnesota, Missouri, New Hampshire, Texas, Wyoming),
- with federal agencies (Department of Homeland Security, Department of Transportation, FEMA, Health and Human Services),
- with community-based organizations and disability community advocates,
- with an array of other emergency managers, planners and contractors, and
- through many professional activities in California and nationally

My breadth and depth of experience in cross disability issues and my work as a writer, trainer, researcher, policy analyst and advocate is widely known and respected by the disability and professional communities. For example, I am known for my pioneering work in conceiving, promoting, and moving the emergency management world from the vague "special needs" focus to operationalizing and access and **functional needs** approach to planning and response. This also includes conceiving and working with California on adopting and implementing the use of **Functional Assessment Service Teams** (FAST). These teams work with "at risk individuals" through screening, and supporting independence needs which prevents deterioration. It enables people to maintain independence, mobility, health, safety, emotional stability, and successfully manage in mass shelters and other temporary housing options. This model is now being put into practice in California and several other states.

I have the unique ability to blend and bridge two worlds: disability user experiences and emergency management experiences. My contracts include working with several California State Departments (Emergency Management Agency, Social Services, and Developmental Disabilities) as well as cities and counties. **I** have also worked nationally with the American Red Cross, Centers for Disease Control, Department of Homeland Security, Department of Transportation, and Health and Human Services on policy, planning and training issues. I co-chaired the United States Department of Homeland Security's working group which developed a Functional and Medical Support Sheltering Target Capabilities List and worked with FEMA on "Guidance on Planning for Integration of Functional Needs Support Services in General Population Shelters."

I publish extensively on emergency issues related to people with disabilities and others with access and functional needs (see http://www.iik.cornkl-pubs.html). Some of my frequently used and cited publications include:

- *Southern California Wildfires After Action Report,* prepared in partnership with the California Foundation for Independent Living Centers and Center Disability Issues and the Health Professions at Western University of Health Sciences, Pomona.
- *Emergency Preparedness: Taking Responsibility For Your Safety - Tips for People with Activity Limitations and Disabilities* , written for and distributed by Los Angeles County, Office of Emergency Management, Emergency Survival Program.
- *Living and Lasting on Shaky Ground: An Earthquake Preparedness Guide for People with Disabilities,* distributed by California Office of Emergency Safety.
- *Creating a Disaster- Resistant Infrastructure for People at Risk Including People with Disabilities*, published and used in several countries.
- *Emergency Evacuation Preparedness: Taking Responsibility for Your Safety: A Guide For People with Disabilities and Other Activity Limitations*, published by The Center for Disability Issues and the Health Profession, Western University of Health Sciences, Pomona, CA

I have an in depth understanding of:
- the specific and sometimes complex needs of people with disabilities and others with access and functional needs,
- the values and goals of independent living and self-determination;
- cross-disability access issues related to hearing, vision, mobility, speech, and cognitive limitations);
- disability-related implementation practices regarding physical, communication, program, equipment and attitudinal access issues and human and civil rights policies, procedures, protocols and training.

As the parties and the Court are aware, I have previously served in this matter as an expert for Plaintiffs. Through this work I have developed a working knowledge of the current state of Los Angeles' (City and County) emergency plans as they relate to people with disabilities. However, should I be selected to be an expert for this phase of the work, either on my own or as part of a team, I would not allow the fact that I had previously been hired by Plaintiffs to affect my approach or work. Rather, I would welcome being a contributing part of the team of professionals who are working to improve the responsiveness of the City's plans to include people with disabilities, and would look forward to working with City personnel on that task. I would approach this project in an impartial, fair and neutral manner.

My hourly billing rate at the University is $220/hour or via a deliverable-based contract. However, I would need additional information as to the precise scope of the project and likely further discussion with City personnel in order to provide an overall estimate for this project. I am available to discuss this issue further with either party or the Court if such conversations are helpful to a final determination.

Thank you for considering me as a potential contractor.

Sincerely,



June Isaacson Kailes Associate
Director

Mailing address:

June Isaacson Kailes, Associate Director
Center for Disability Issues and the Health Professions Western
University of Health Sciences
6201 Ocean Front Walk, Suite 2
Playa del Rey, California 90293-7556
310 821 7080, FAX 310 827 0269, TTY 909 469 5520 Cell 909 208 0122
jik©pacbell.net II www.hfcdhp.org II www.jik.com

3