**JUNE ISSACSON KAILES**
Center for Disability Issues and the Health Professions
Western University of Health Sciences
309 E. Second Street
Pomona, California 91766-1854
909.469.5441


**EMPLOYMENT**

**Disability Policy Consulting** – Los Angeles, CA, January 1985 to Present

Consult for and trains businesses, universities, state associations, government entities, centers for independent living and other not-for-profit organizations and has delivered hundreds of keynote addresses, workshops and seminars. Areas of consulting, writing and training include:

- implementing the Americans with Disabilities Act
- advocacy training and skills building (leadership development)
- health, wellness and aging with disability
- developing and analyzing public policy
- planning barrier free meetings
- disability diversity training
- targeting disability customers: marketing, customer service and product design
- emergency planning and services for people with disabilities and others with access and functional needs
- incorporating universal design principles into existing and new environments and products

**Associate Director, Center for Disability Issues and the Health Professions, Western University of Health Sciences** – Pomona, CA, November 2002 to Present

- Manages emergency services projects
- Oversees web site development and updates,
- Supervises and works directly on managed care consulting projects,
- Trains people with disabilities on strengthening health care advocacy skills,
- Develops research tools, designs implementation of research projects and oversees completion of reports,
- Develops new and continuing grants and cultivates contracts with public and private funding sources,
- Supervises Senior Policy Analyst, Consumer Training Specialist, Administrative Assistants, student interns and policy fellows,

1

- Teaches "Disability Competency in the Health Professions" an introduction course to disability issues for health professionals. It covers disability-related preferred etiquette practices, disability demographics, Medical and Social Models of disability, quality of life issues, culture, risk factors, secondary conditions, Americans with Disabilities Act compliance, and major disability-related public policy and ethical issues.

**United States Architectural and Transportation Barriers Compliance Board (Access Board)** – Washington, D.C.

- Presidential Appointment, Member (April 1995 – 2003)
- Chair of Board (March 1999 - March 2000)
- Vice Chair of Board (March 1998 - March 1999 and March 2000 to March 2001)
- Chair of Technical Programs (March 2002 to present and member 1995 to 2003)
- Chair of Multiple Chemical Sensitivities Committee (January 1999 to 2003)
- Chair of Ad Hoc Committee on Telecommunication (March 1996 - March 1999)
- Member Ad Hoc Committee on:
    - Passenger Vessels (September 1998 - present)
    - Public Rights-of-Way (- present)
    - Review of ADAAG (May 2000 - present)
    - Recreation (June 1998 - present)
- Board Liaison:
    - Passenger Vessel Access Advisory Committee (September 1998 - December 2000)
    - Telecommunication Access Advisory, Committee (June 1996 - March 1997)
    - Play Facilities Regulatory Negotiations Committee (March 1996 - August 1996)
    - Air Carriers Access Act Dialogue Group with Department of Transportation (- present)

**Executive Director, Westside Center for Independent Living, Inc.,** – Los Angeles, CA (January 1981 - July 1989)

- Center honored as one of "The Top Five" centers in the country
- Instituted a strategic advocacy planning and review team
- Expanded services to include: independent living skills training, "linkages" project to prevent institutionalization; several volunteer programs; a South Bay office; and a computer training program
- Diversified funding sources, increased annual private funds raised from $75,000 to $450,000, and established an endowment and a $300,000 reserve

**Services Director, Westside Center for Independent Living, Inc.,** – Los Angeles, CA (October 1978 - December 1980)

- Developed and expanded peer support, career, and information and referral programs
- Established a local coalition of organizations for improving service coordination to people with disabilities
- Organized and taught courses to peer counselors

**Psychiatric Social Worker II, Olive View Medical Center** – Los Angeles County, CA (February 1977 - September 1978)

- Provided individual, family and group psychotherapy
- Initiated one of the first programs to serve women with disabilities at Planned Parenthood
- Trained staff regarding disability-related psycho-social issues

**Medical Social Worker, Rancho Los Amigos National Rehabilitation Center** – Downey, CA (July 1973 - February 1977)

- Established first ongoing in service programs for allied health professionals on sexuality and disability
- Trained USC medical students and graduate social work students in psycho-social aspects of disability

## EDUCATION

University of Southern California, Los Angeles, M.S.W.

HOFSTRA University, Hempstead, Long Island, New York, B.A. in Psychology

## EMERGENCY PREPAREDNESS PROFESSIONAL ACTIVITIES

State:

- California Emergency Management Agency, California Standardized Emergency Management Systems (SEMS) Mass Care and Shelter Committee member (2007 to present)
- California Emergency Management Agency, California Standardized Emergency Management Systems (SEMS) Technical Group member (2007 to present)

- California Emergency Management Agency, California Standardized Emergency Management Systems (SEMS) Training and Exercise Committee member (2007 to present)
- California State Emergency Plan Revision, participant (2008 to present)
- California State Citizen Corps Council, member (2008 to present)
- California's Office of Emergency Safety, member of Planning Group for People with Disabilities (1986)

National:

- FEMA National Advisory Council, member (2010 to present)
- Consortium for Citizens with Disabilities Emergency Management Task Force
    - Member (2007 – 2011)
    - Co-Chair (2011 to present)
- National Council on Independent Living – Emergency Preparedness Committee, Co-Chair (2011 to present)
- National Fire Protection Association – Center for High Risk Outreach Fire Safety for People with Disabilities, Task Force (2004 to present)
- Department of Homeland Security
    - Transportation Security Administration, Disability Coalition (2009 to present)
    - National Response Plan Special Needs Work Group (2006 – 2007)
    - Function and Medical Support Sheltering (FMSS) Target Capabilities List, Co-Chair (2006-2007)

Work Groups:

- At-Risk Populations and Pandemic Influenza: Planning Guidance for State, Territorial, Tribal and Local Health Departments, Association of State and Territorial Health Officials, Work Group Member (February 2008 – May 2008)
- National Recreation and Park Association and National Recreation Foundation's Community Preparedness and Response, Work Group Member (September 4-5, 2003, Washington, D.C.)
- Emergency Preparedness Working Meeting, CDC & American Association on Health and Disability (June 15-16, 2004, San Antonio, Texas)
- Nobody Left Behind: Disaster Preparedness for Persons with Mobility Impairments, University of Kansas Consulting with and Advisory Group (2003 – 2004)

**OTHER PROFESSIONAL ACTIVITIES:**

- National Council of Independent Living (NCIL)
    - Board member, 1983 - 1989

4

- - o Chair of Housing Advocacy (1988 - 1990)
    - o Chair of Legislation and Advocacy (1987 - 1988)
    - o Chair of Technical Assistance (1986 - 1988)
- California Foundation for Independent Living, member (1982-1989)
- California Commission on Aging, Long-Term Care Committee (1985-1993)
- California Department of Aging, Long-Term Care Committee (1990-1993)
- World Institute on Disability, Board Member (2000-2004)
- Alliance Technology Access, Board Member (1994 – 2004)
- Adaptive Environments, Board Member (1993-1997)

**SELECT EMERGENCY PREPAREDNESS CLIENTS**

- Centers for Disease Control
- Disability Funders Network
- National Council on Disability
- National Institutes of Health
- National Fire Protection Association
- Statewide Independent Living Council Congress
- United Methodist Committee on Relief (UMCOR) Istanbul, Turkey
- U.S. Department of Homeland Security
- World Bank


- University of Iowa
- University of Kansas
- University of New Mexico
- University of Northern Colorado
- Utah State University


- California Department of Developmental Disability
- California Department of Social Services
- California Emergency Services Agency
- California Foundation for Independent Living Centers
- California HealthCare Facilities
- California Specialized Training Institute (CSTI)
- State of Michigan


- City of Oakland, California
- City of San Diego, California
- City of Santa Monica, California

- Clarke County, Washington
- Commonwealth of Virginia
- Kern County, California
- Los Angeles County, Office of Emergency Management, Emergency Survival Program
- Madera County, California
- Portland Urban Area Community-Based Organization Outreach Project
- Riverside County Public Health


- Center for Disability Issues and the Health Professions, Western University of Health Sciences, Pomona, California
- Elizabeth Davis and Associates
- El Paso Statewide Independent Living
- Highlands Consulting Group
- James Lee Witt
- Lanterman Regional Center, Los Angeles, California
- Utah Nursing Home Association
- Utah Long Term Care Providers
- Wyoming Independent Living Resources, Casper, WY


**SELECT EMERGENCY PREPAREDNESS PUBLICATIONS**

- Kailes, J.I. (2010) Be Ready To Go: Disability-Specific Supplies For Emergency Kits. Produced by Nusura, Inc. as part of the Cal EMA Evacuation/Transportation of People with Access and Functional Needs Planning Project.

- Kailes, J.I. (2010) Be Ready to Go: Evacuation Transportation Planning Tips for People with Access and Functional Needs. Produced by Nusura, Inc. as part of the Cal EMA Evacuation/Transportation of People with Access and Functional Needs Planning Project.

- Kailes, J., and George, S. (2010) Disaster Planning For Technology-Dependent Patients Preparation must be ongoing, Advance for Reparatory Care and & Sleep Medicine, Posted on: March 8, 2010

- Stough, L. M., & Kailes, J. I. (2010). "Disabilities and disaster." In K. B. Penuel, M. Statler, J. G. Golson (eds). Encyclopedia of Disaster Relief (pp. 109-110). Thousand Oaks, CA: SAGE.

- Kailes, J. (2009) Standard, Accessible, and Medical Cots, Kailes-Publications, www.jik.disaster.html.

6

- Kailes, J. (2009) Functional Needs Focused Care and Shelter Checklist, Kailes-Publications, www.jik.disaster.html.

- Kailes, J. (2009) Emergency Power Planning for People Who Use Electricity and Battery Dependent Assistive Technology and Medical Devices, Kailes-Publications, www.jik.disaster.html.

- Campbell, V., Gilyard, J., Sinclair, L., Sternberg, T. and Kailes, J. (2009) Preparing for and Responding to Pandemic Influenza: Implications for People With Disabilities, American Journal of Public Health | Supplement 2, 2009, Vol 99, No. S2  pp S294–S300.

- Kailes, J. (2008) Southern California Wildfires After Action Report. Prepared in partnership with the California Foundation for Independent Living Centers and Center Disability Issues and the Health Professions at Western University of Health Sciences, Pomona, CA

- Kailes, J. and Enders, A. (2007) Moving Beyond "Special Needs" A function-based framework for emergency management and planning, Journal of Disability Policy Studies, 2007. 17: p. 230-237.

- Kailes, J. (2007) Serving and Protecting: The Role of Disability and Aging Organizations in Disaster Planning. Institute on Community Integration and the Research and Training Center on Community Living, College of Education and Human Development, University of Minnesota, Vol 20, No. 1.

- Kailes, J. (2007) Emergency Preparedness Plan Reviews of Developmental and Regional Centers. Prepared under contract with WestEd for the California Department of Development Services.

- Kailes, J. (2006) Serving and Protecting All by Applying Lessons Learned - Including People with Disabilities and Seniors in Disaster Services. Published and distributed by Center for Disability Issues and the Health Professions at Western University of Health Sciences, Pomona, CA and California Foundation for Independent Living Centers.

- Kailes, J. (2006) Emergency Preparedness: Taking Responsibility For Your Safety - Tips for People with Activity Limitations and Disabilities. (written for the Los Angeles, County, Office of Emergency Management, Emergency Survival Program).

- National Council on Disability. (2005) Saving Lives: Including People with Disabilities in Emergency Planning (researched and drafted under contract for National Council on Disability).

- Kailes, J. (2005) Why and How to Include People with Disabilities in Your Emergency Planning Process, Kailes-Publications, www.jik.disaster.html.

- Kailes, J. (2005) Disaster Services and "Special Needs:" Term of Art or Meaningless Term? International Association of Emergency Managers Bulletin, Special Focus Issue: Emergency Preparedness for Individuals With Disabilities, Part 2, April, 2005.

- National Organization on Disability (2005) Report on Special Needs Assessment for Katrina Evacuees (SNAKE) Project (led Analytical / Writing team).

- Kailes, J. (2004) Emergency Health Information: Savvy Health Care Consumer Series, 2004. Published and distributed by Center for Disability Issues and the Health Profession, Western University of Health Sciences.

- Kailes, J. (2002) Evacuation Preparedness: Taking Responsibility For Your Safety: A Guide For People With Disabilities and Other Activity Limitations. Published and distributed by The Center for Disability Issues and the Health Profession, Western University of Health Sciences, Pomona, CA

- Kailes, J. (2000) Creating A Disaster-Resistant Infrastructure for People at Risk Including People with Disabilities. Trauma Treatment Professionals' Training. A. Tufan, Duyan, Hacettepe University, School of Social Work, Series No: 005, Universitesi, Sosyal Hizmetler Yuksekokulu, Faith Caddesi No: 195 Ciftasfalt, 06290 Kecioren - Ankara, Turkey. 005.

- Kailes, J. (1996) 12 Earthquake Tips Sheets for People with Disabilities including People with Visual, Hearing, Mobility, Cognitive, Psychiatric, Multiple Chemical Sensitivities, and Communication and Speech Related Disabilities as well as Tips for Service Animal and Pet Owners, Collecting Emergency Documents, Creating an Emergency Health Information Card, and Tips for People who Use Life Support Systems.

- Kailes, J. (1996) Living and Lasting on Shaky Ground: an Earthquake Preparedness Guide for People with Disabilities. Published and distributed by California Office of Emergency Services.

- Kailes, J. (1985) Self-Reliance and Resourcefulness: The Keys to being Quake Safe. Paraplegia News.

- Kailes, J. (1985) Quake Safe - Part 2, New World for Persons with Disabilities, 2932 - 26th Street, Sacramento, CA  95818

- Kailes, J. (1984) Quake Safe - Part 1, New World for Persons with Disabilities, 2932 - 26th Street, Sacramento, CA  95818

## AWARDS

- Cathleen Lyle Murray Award for "outstanding individuals in non-medical professions on the basis of their impact on society through their humanitarian efforts to enhance the lives of persons with disabilities." Awarded by The American Academy for Cerebral Palsy and Development Medicine at the 63rd Annual Meeting - September 23-26, 2009.

- Appreciation from the Los Angeles City Council for sharing extensive experience on disability policy that made the new Del Rey Lagoon Playground Equipment accessible to more families and children. Presented by Bill Rosendahl, Councilmember 11th District - April 4, 2009

- Outstanding contributions and advocacy on behalf of people with disabilities, National Association of Rehabilitation and Research Training Centers - April 25, 2005.

- Outstanding service and dedication 1995-2002, United States Access Board - 2003.

- Honorary lifetime membership in the Association of Access Engineering Specialists for outstanding leadership and skillful contribution in the field of accessibility - 1999.

- Westside Center for Independent Living's "Founders Award" for vision, leadership and advancing the rights and opportunities of people with disabilities - 1997.

- Recognition from the California Department of Rehabilitation for participation in the development of a Strategic Plan for Assistive Technology for People with Disabilities - 1992.

- Mary E. Switzer Scholar presented by the National Rehabilitation Association for excellence and accomplishments in service to people with disabilities - 1991.

- Americans With Disabilities Act Award presented by the Task Force on the Rights and Empowerment for People with Disabilities for outstanding contributions to the enactment of the World's First Comprehensive Civil Rights Law for People with Disabilities - 1990.

- Westside Center for Independent Living "Award" for excellence in the pursuit of a just and barrier-society - 1990.

- Recognition from the California Legislature for dedicated service as Executive Director of the Westside Center for Independent Living - 1989.

- Appreciation from the City of Los Angeles for 25 years of Community Action and exemplary efforts and accomplishments of great value to the community, presented by Gilbert Lindsey, Councilmember 9th District - 1989.

- Westside Pilot International, Handicapped Professional Woman of the Year - 1988.

- Weinberg Chai Award for enhancement of the quality of Jewish Life, by the Jewish Federation Council, Los Angeles for Co-chairing a very successful "Conference on the Concerns of Jews with Disabilities" - 1983.

- Woman of the Year Award, presented by Santa Monica YWCA - 1982.

- Distinguished Alumna Award, presented by the University of Southern California Graduate School of Social Work - 1980