STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY
# DEPARTMENT OF SOCIAL SERVICES



CDSS

**WILL LIGHTBOURNE**
DIRECTOR

EDMUND G. BROWN JR.
GOVERNOR

July 26, 2011

Re: Emergency Plan for People with Disabilities – City of Los Angeles

To Whom It May Concern:

I am an emergency planner for the California Department of Social Services (CDSS) and am writing as a professional reference for Ms. June Kailes. CDSS has lead responsibility for mass care and shelter planning, preparedness and response at the state level. I have worked closely with Ms Kailes for over 5 years. During that time she has worked in a variety of capacities and provided input to number of planning documents for CDSS.

The following is a description of most of the major projects and services that Ms Kailes has been involved in with CDSS. Starting in May 2006, she served as the Subject Matter Expert (paid and unpaid) for a state department level committee on emergency planning for people with disabilities. She was contracted to draft emergency planning documents and critique drafts developed by the committee. Some of the time that she has served on the committee was compensated but for many more hours she volunteered her time. This is a testament to her dedication to these issues and her commitment to doing a comprehensive and thoughtful job. She presently continues to serve on that committee.

Following the startup of that committee, CDSS hired Ms Kailes as a consultant to develop a Department of Homeland Security (DHS) approved training curriculum. She developed the curriculum for the *Functional Assessment Service Team* (FAST) course and shepherded the curriculum through for DHS approval process.

After approval of the curriculum she was one of the five instructors for the FAST course training team which not only involved actual training but also critiquing and constantly improving the class. She has been part of the core training team for the FAST course for over three years.

Ms Kailes is thorough, exceptionally knowledgeable on issues regarding disability emergency planning and very efficient. Ms Kailes has demonstrated a deep knowledge of issues related to emergency planning for people with disabilities during the time that she has provided services for my department. She works very well both with members of the community and also representatives of government, and is effective at working with members of a team on these issues. She has been a great asset to the committee and the training team.

I cannot imagine that you will find a harder working or more knowledgeable person for your project.

William Vogel
Emergency Planner