

## EXECUTIVE TEAM



### Kevin C. Dinnin, President and CEO

Dinnin is the foremost expert in the nation on medical needs sheltering and integrating people with disabilities into emergency planning. Mr. Dinnin serves as the President and CEO of BCFS; under his leadership BCFS has provided services to those affected by crisis and disaster around the world with an array of mental health, medical and human service programs.

Mr. Dinnin served as the project executive for the FEMA guidance for Functional Needs Support Services in General Populations shelters, published in 2010. Additionally, he has been credited with developing the most comprehensive training manual for sheltering persons with medical needs known to be in existence and for establishing and maintaining the largest medical shelter capacity of any state in the US as well as developing the Texas Medical Shelter Task Force. He served as the commander of the Health and Medical Branch of Texas Task Force Ike following the devastating hurricane in 2008, and served as commander for the final Galveston shelter operation for those impacted by Hurricane Ike.  Recently, Mr. Dinnin led an incident management team response to Haiti following the 2010 earthquake where he implemented the Incident Command System in one of the largest Haitian hospitals.

Additionally, Mr. Dinnin has held numerous appointments with the U.S. Department of Health and Human Services including a secretarial appointment to the National Advisory Committee on Terrorism following the September 11, 2001 attacks. He was selected by the Texas Division of Emergency Management to serve as Incident Commander of the West Texas Unified Command when more than 1,000 responders engaged in the FLDS incident in San Angelo, Texas.



### Kari Tatro, Executive Director

Tatro is the nation's foremost expert on Functional Needs Support Services in General Population Shelters.  Ms. Tatro served as the project manager, subject matter expert and was responsible for developing the FEMA guidance document and curriculum published in 2010. Since that time Ms. Tatro has provided training to all FEMA regions on the guidance requirements and is the point of contact for the Department of Justice for jurisdictional questions regarding FNSS guidelines and implementation procedures. Additionally, Kari provides training across the nation at national conferences, symposiums and for jurisdictions requesting specific assistance with interpretation of the FNSS guidelines and/or implementation.

Ms. Tatro is the Executive Director for the Emergency Services Division of BCFS HHS.  She has a diverse and well-rounded background having started her career as a wild land fire fighter for the United States Forest Service, moving to a position coordinating planning, mitigation, response and recovery for local, state and federal government in Texas,  and has now progressed into a management position within the emergency management field.

As Executive Director, Ms. Tatro operates a comprehensive emergency management program as it relates to planning, preparedness, response and recovery operations, with specific emphasis on medical needs operations; functional needs support services and all other health and medical emergencies.  She has functioned as command staff for multiple incidents including Deputy Incident Commander for Medical Shelter Operations for Hurricanes Dolly and Gustav, Incident Commander for Medical Shelter Operations for Hurricane Ike and Operations Section Chief for the Texas Department of State Health Service Region 8 H1N1 response.

[more]

Prior to her career with BCFS, Ms. Tatro served as a Regional Liaison Officer with the Texas Division of Emergency Management (TDEM).  In this time she assisted local and tribal governments in developing and implementing local Emergency Operation Plans, developing and coordinating disaster exercises and securing and implementing grant funded mitigation projects. She coordinated and instructed emergency management courses, and coordinated state and federal assets to support jurisdictional disasters.   Ms. Tatro also coordinated the regional state response for disasters; most notably she was involved in coordinating the regional state response to Hurricane Rita for 16 counties in East Texas, including evacuation operations for 8 counties and shelter operations in 8 hosting counties, sheltering a population of 40,000 persons. During her time with TDEM she responded to Hurricanes Katrina, Rita, Emily, Humberto and Dean.  Additionally, she responded to the central Texas floods of '07, fire seasons '06 and '07, the FLDS San Angelo response as well as numerous other natural disasters throughout the state.

## Mario Guerra, Associate Executive Director

Guerra has provided comprehensive emergency management and first responder services for over 35 years.  Mr. Guerra served as the Assistant Fire Chief for the San Antonio Fire Department and served as the senior administrator over the Emergency Medical Services Division for15 years. He has extensive knowledge and practical experience in Emergency Communication and Technology, Emergency Medical Services, Responses to Nuclear, Biological and Chemical Emergencies as well as Hazardous Materials Training.

As the current program manager for Alternate Care Site Capacity Building for the 2nd largest state in the nation, Mr. Guerra has extensive knowledge in planning for and operation of ACS's including site selection based on ADA compliance.

## Dr. David Marks, MD, CFFP, Chief Medical Officer

Dr. Marks is a quadruple board certified physician, a National Registry paramedic and serves as the Chief Medical Officer for BCFS. Dr. Marks has provided medical direction  in emergency shelters for every major disaster affecting the State of Texas in recent years, with particular emphasis on the medical needs population (which prior to Nov 2010 FNSS Guidance release, included all persons with disabilities, functional and access needs).

Additionally, Dr. Marks provides medical guidance for national and international BCFS services including the 2010 Haiti Earthquake, where he served as an Emergency Department Director and physician in one of the largest hospitals in that devastated nation.

Dr. Marks is a member of the Disaster Medical Assistant Team (DMAT), the Federal disaster assistance medical team for national disasters and is the Chair of the Disaster Preparedness Committee for the Bexar County medical Society.

## John Linstrom is an emergency management professional with over 34 years in project management, emergency

response, recovery, evacuation and transportation planning, technical analysis, training program development and delivery for fire protection, public safety & public health response to: mass fatalities, pandemic influenza, terrorism, natural and technological disasters for public and private sector clients.

Mr. Linstrom has developed all risk, all-hazards emergency response plans for Texas, Arizona, Iowa, Alaska, Santa Clara County, CA and nearly 20 hospitals in Riverside, California. Planning efforts included ensuring ADA requirements and responsibilities in creating fire safe environments for those with functional needs and mobility disabilities. Additionally, he has produced computer based, video and multimedia training programs to ensure compliance with Section 508 for access to those with disabilities. In 2010 he was appointed to the Mayor's Los Angeles International Airport (LAX) Blue Ribbon Panel for his experience with evacuation and risk communication for vulnerable populations.

Mr. Linstrom also currently serves as the Unit Commander (GS-15) Region 9 Disaster Mortuary Operational Response Team, Department of Health and Human Services, Department of Homeland Security, Federal Emergency Management Agency (FEMA), Washington, DC.  Mr. Linstrom has responded in senior level position to nearly every natural and manmade major disaster in the United States over the last 12 years including: the 1999 F-5 Tornado in Oklahoma City, the 2001 World Trade Center Attack, 2005 Hurricanes Katrina and Rita, 2010 Hurricanes Dolly, Gustav and Ike, 2009 North Dakota floods and additionally served as the Branch Director to the U.S. Embassy after the 2010 Haiti Earthquake.

[more]

Specifically, Mr. Linstrom has been responsible for the repatriation of displaced evacuees from Hurricane Gustav and Ike, many of whom had significant functional needs or physical disabilities that required alternate approaches to transportation. During the H1N1 influenza outbreak, Mr. Linstrom collaborated with Riverside County Public Health to ensure risk communication messages were crafted and disseminated to those with sensory disabilities.

**Dee Grimm, RN, BSL, JD** has over 25 years in emergency management and currently serves as the western region, national coordinator for programs and services related to Alternate Care Facilities and Functional Needs Support Services for BCFS Emergency Services Division.

Ms. Grimm has extensive experience in consulting, preparing and training for disasters to hospitals, businesses and public agencies in the emergency management field.  She has developed, written and taught policies and procedures for ACLS, WMD, Hazardous Materials and Decon for ED all compliant with OSHA, JCAHO and EMTALA standards.

Ms. Grimm has 20 years' experience as an EMT, Paramedic, and Emergency Department Nurse and Nurse Manager. She has worked as the Director of Training and as an Emergency Preparedness Coordinator for hospitals over the past 12 years.

Of particular note, Ms. Grimm served as the Project Manager for the Nevada Statewide Evacuation, Mass Care and Sheltering Plans Initiative from 2006 -2009 and the Statewide Mass Fatality Management Plan from 2008- 2009, responsible for oversight of plan development and production, coordinating all activities associated with planning process, acted as liaison between agencies and organizations to gather data and input, and facilitated the 40 person task forces for both projects (simultaneously during 2008 – 2009). A critical element of the Statewide Evacuation and Mass Care project was the inclusion of functional needs in all aspects of mass care planning. Ms. Grimm served on the functional needs subcommittee for NV and helped developed legislative recommendations regarding care of functional needs populations in disaster planning.

**Jon Bodie** serves as the BCFS Emergency Services Division Program Director of Operations and Response. Mr. Bodie is responsible for identifying facilities for shelter operations in compliance with DOJ's ADA Checklist for Emergency Shelters and FEMA's Functional Needs Support Services guidelines in order to develop capacity for disaster response incidents. Additionally, he develops capacity for Alternate Care Sites (medical surge) for throughout Texas.  Mr. Bodie also provides medical shelter and management training on a statewide basis and has trained hundreds of military forces in shelter operations including the FNSS guidelines.

Mr. Bodie has an extensive background and knowledge in the integration of real-time weather data into Hazardous Materials emergency response, fire-rescue response and emergency management functions specific to severe hazard mitigation.

# # #