DISABILITY RIGHTS ADVOCATES
SID WOLINSKY (SBN 33716)
KARLA GILBRIDE (SBN 264118)
2001 Center Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

DISABILITY RIGHTS LEGAL CENTER
PAULA PEARLMAN (SBN 109038)
Paula.pearlman@lls.edu
SHAWNA L. PARKS (SBN 208301)
Shawna.parks@lls.edu
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
TTY: (213) 736-8310

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
JUN 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE, a nonprofit corporation, and AUDREY HARTHORN, an individual, on behalf of themselves and ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a public entity, and COUNTY OF LOS ANGELES, a public entity,<br><br>　　　　　　Defendants. | Case No.: CV 09-0287 CBM (RZx)<br><br>ORDER RE STAY OF LITIGATION AND INTERIM AGREEMENT RE COUNTY OF LOS ANGELES ACCESS AND FUNCTIONAL NEEDS ANNEX |

# ORDER

The Court has read and considered the Parties' Stipulation re Stay of Litigation and Interim Agreement re Access and Functional Needs Annex ("Interim Agreement").

The Court hereby approves of the procedure adopted by the parties in the Interim Agreement, which is attached to this Order as Exhibit A, and Orders the litigation as to Plaintiffs and the County be stayed through August 31, 2010.

The Court sets a status conference for Sept. 13, 2010 at 11:00 A.M., in order for Plaintiffs and the County to provide an update to the Court regarding whether the process identified in the Interim Agreement has been completed, the status of settlement negotiations on the remaining issues, the parties' positions regarding whether further dates are necessary in this case, and proposals for such dates, if necessary.

IT IS SO ORDERED.

DATED: June 7, 2010         By: _____
                                Hon. Consuelo B. Marshall

# EXHIBIT A

DISABILITY RIGHTS ADVOCATES
SID WOLINSKY (SBN 33716)
KARLA GILBRIDE (SBN 264118)
2001 Center Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

DISABILITY RIGHTS LEGAL CENTER
PAULA PEARLMAN (SBN 109038)
Paula.pearlman@lls.edu
SHAWNA L. PARKS (SBN 208301)
Shawna.parks@lls.edu
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
TTY: (213) 736-8310

Attorneys for Plaintiffs

ANDREA SHERIDAN ORDIN,
County Counsel
ADRIENNE M. BYERS, Principal Deputy
County Counsel (SBN 146022)
abyers@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012
Telephone: 213-974-7680
Facsimile: 213-687-7337

Attorneys for County of Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE, a nonprofit corporation, and AUDREY HARTHORN, an individual, on behalf of themselves and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a public entity, and COUNTY OF LOS ANGELES, a public entity,<br><br>Defendants. | Case No.: CV 09-0287 CBM (RZx)<br><br>INTERIM AGREEMENT RE COUNTY OF LOS ANGELES ACCESS AND FUNCTIONAL NEEDS ANNEX |

HOA.701735.1

This Agreement is between Plaintiffs Communities Actively Living Independent and Free ("CALIF"), Audrey Harthorn and the class of individuals that they represent ("Plaintiffs"), and the County of Los Angeles ("the County"). The Agreement identifies the steps that Plaintiffs and the County agree to in this matter in order to develop an Access and Functional Needs Annex to address the needs of people with disabilities in the County of Los Angeles with regards to the County's emergency preparedness and planning.

The parties agree to the following steps for the finalization of the Access and Functional Needs Annex ("Annex") for the County of Los Angeles:

1. The County's chosen consultant, Elizabeth Davis, will prepare a draft of the Annex. Ms. Davis' curriculum vitae is attached hereto as Exhibit A to this Agreement. This draft will be completed no later than June 2, 2010. This draft will include, at a minimum, the following major topics related to the needs of people with disabilities:

    a. Transportation;
    b. Evacuation;
    c. Communications, including preparedness information, alerts and warnings, evacuation notices, and communications taking place at shelters;
    d. Emergency Shelters;
    e. Provision of medical and social services, and supplies;
    f. Recovery phase, including provision of temporary or permanent housing, clean-up and remediation;

2. Plaintiffs' expert, June Kailes, will then have an opportunity to review and comment on the draft of the Access and Functional Needs Annex prepared by Ms. Davis. Ms. Kailes' curriculum vitae is attached hereto as Exhibit B. Ms. Kailes may also be permitted to review any non-

Case 2:09-cv-00287-CBM-RZ Document 88 Filed 06/07/10 Page 6 of 9

privileged documents that Ms. Davis consulted in preparing her draft of the Annex should the parties in good faith agree that such review is required. If the parties agree, the County will cooperate fully with Ms. Kailes in making such non-privileged documents available if they are in the County's possession, and have not otherwise been produced to Plaintiffs. Ms. Kailes will have four weeks from the date Ms. Davis' draft is produced to Plaintiffs in order to review the draft. Plaintiffs' Counsel will bear the costs for the work of their expert, Ms. Kailes. Defendants will reimburse Plaintiffs' Counsel up to $10,000 toward Ms. Kailes' work on this matter upon receipt of acceptable documentation of costs incurred by Plaintiff's Counsel.

3. In the event Ms. Kailes disagrees with anything included in the draft or believes there are omissions in the draft, Ms. Kailes will notify all counsel that disagreements exist, Ms. Davis and Ms. Kailes will then confer by telephone or in person in an attempt to resolve any differences. This conference will take place within two weeks of the date that Ms. Kailes notifies all counsel that there are such disagreements.

4. In the event Ms. Kailes and Ms. Davis are able to resolve any such differences, the draft produced by Ms. Davis will be revised accordingly, and will become the Draft Access and Functional Needs Annex for the County of Los Angeles ("Draft Annex").

5. To the extent that Ms. Kailes and Ms. Davis are unable to resolve any differences regarding the Access and Functional Needs Annex, Ms. Kailes and Ms. Davis shall report to counsel for the parties. Counsel and the consultants will then meet and confer regarding these issues.

6. At the conclusion of this process, the Annex will be revised accordingly and will become the Draft Annex for the County of Los Angeles.

7. This Draft Annex will then be circulated to the disability community for public review and comment. This includes, but is not limited to, the following:

    a. Posting of Draft Annex on County website;

    b. Provision of Draft Annex to disability organizations, including but not limited to, the following:

        i. National Council on Disability;

        ii. Communities Actively Living Independent and Free;

        iii. Greater Los Angeles Agency on Deafness;

        iv. California Council of the Blind;

        v. Californians for Disability Rights;

        vi. California Foundation of Independent Living Centers;

        vii. Area Board 10;

        viii. Los Angeles County Regional Centers;

        ix. National Alliance on Mental Illness ("NAMI") Los Angeles.

    c. The period of review will be thirty (30) days.

    d. The County agrees to hold a minimum of one public hearing in order to obtain feedback on the Draft Annex, and will also accept feedback in written form.[1] Any such written submissions will be shared with Plaintiffs' counsel.

    e. The experts and the parties will then meet and confer regarding the feedback received from the community and whether additional changes or additions need to be made to the Draft Annex.

---

[1] The County agrees to make accommodations or otherwise facilitate submissions from any person who cannot submit written feedback due to their disability.

8. The Draft Annex will then be finalized based on the above steps. The resulting document will be submitted to the Board of Supervisors for its consideration and approval. If approved by the Board of Supervisors, the resulting document will become the Access and Functional Needs Annex for the County of Los Angeles.

9. If any disputes arise at any juncture during this Interim Agreement, or should the County seek to modify the Access and Functional Needs Annex arrived at via the procedures above, prior to execution of the Final Settlement Agreement in this case, and plaintiffs do not agree with the proposed modification, the parties hereto shall meet and confer in good faith to attempt to resolve such disputes. If any disputes cannot be resolved through good-faith meet and confer efforts, the parties agree to return to Judge Wistrich, or another mutually acceptable mediator, for non-binding assistance. In the event any disputes are not resolved after these efforts, the parties would return to a litigation posture with respect to those issues that remain in dispute.

10. Once the Access and Functional Needs Annex document is finalized, the parties will negotiate in good faith in an effort to resolve the remaining elements required for a class settlement, including implementation and enforcement of the Access and Functional Needs Annex, reporting and monitoring, attorneys' fees, and class notice. Any such settlement reached will be submitted to the Court for approval pursuant to FRCP 23(e).

/ / /
/ / /
/ / /

Case 2:09-cv-00287-CBM-RZ Document 162-7 Filed 07/29/11 Page 9 of 9 Page ID #:2697
Case 2:09-cv-00287-CBM-RZ Document 86 Filed 06/07/10 Page 9 of 9
05-26-10  10:24am  From-County Counsel       213 787 2380      T-824  P.006/006  F-229

11. Plaintiffs and the County will seek a stay of the litigation through August 31, 2010 of all deadlines in the above captioned action concerning Plaintiffs' claims against the County. The purpose of this stay is to complete the steps agreed to above.

DATED: May 26, 2010

DISABILITY RIGHTS ADVOCATES
DISABILITY RIGHTS LEGAL CENTER

By: _____
Shawna L. Parks
Attorneys for Plaintiffs

DATED: May 26, 2010

ANDREA SHERIDAN ORDIN
County Counsel

By: _____
Adrienne M. Byers
Principal Deputy County Counsel
Attorneys for Defendant County of Los Angeles

HOA.701735.1

- 5 -

INTERIM AGREEMENT RE ACCESS AND FUNCTIONAL NEEDS ANNEX