DISABILITY RIGHTS ADVOCATES
SID WOLINSKY (SBN 33716)
swolinsky@dralegal.org
MARY-LEE SMITH (SBN 239086)
msmith@dralegal.org
KARLA GILBRIDE (SBN 264118)
kgilbride@dralegal.org
2001 Center Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Fax: (510) 665-8511; TTY: (510) 665-8716

DISABILITY RIGHTS LEGAL CENTER
PAULA PEARLMAN (SBN 109038)

SHAWNA L. PARKS (SBN 208301)
Shawna.parks@lls.edu
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Fax: (213) 736-1428; TTY: (213) 736-8310
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE, a nonprofit corporation, and AUDREY HARTHORN, an individual, on behalf of themselves and ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br> v. <br><br> CITY OF LOS ANGELES, a public entity, and COUNTY OF LOS ANGELES, a public entity, <br> Defendants. | Case No.: CV 09-0287 CBM (RZx) <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER RE EXPERT SELECTION** <br><br> Action Filed:  January 14, 2009 <br> Judge:  Hon. Consuelo B. Marshall |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204

[proposed] ORDER

Having read the papers submitted and carefully considered the arguments, and good cause appearing, the Court ORDERS that:

1.      The expert to serve during the remedial phase of this litigation between Plaintiffs and the City of Los Angeles shall be BCFS; and

2.      In order to serve as the expert, BCFS must subcontract with June Kailes for her subject matter expertise in disability issues.

Pursuant to this Court's Order dated July 8, 2010, the parties are directed to submit a complete proposed order re injunctive relief for this Court's review, containing the above components, as well as the agreements contained in the Parties' Joint Status Reports filed on June 30, 2011 and July 29, 2011.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
CONSUELO B. MARSHALL
United States District Judge

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204