CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney (SBN 128022)
**LAURIE RITTENBERG**, Assistant City Attorney (SBN 106683)
**GABRIEL S. DERMER,** Deputy City Attorney (SBN 229424)
laurie.rittenberg@lacity.org; gabriel.dermer@lacity.org
200 North Main Street, Room 916
Los Angeles, California 90012
Telephone: 213.473.6850
Facsimile: 213.473.6818

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE, a nonprofit corporation, and AUDREY HARTHORN, an individual, on behalf of themselves and ALL OTHERS SIMILARLY SITUATED, <br><br>                    Plaintiffs, <br>     v. <br>CITY OF LOS ANGELES, a public entity, and COUNTY OF LOS ANGELES, a public entity, <br><br>                    Defendants. | CASE NO.:  CV-09-0287 CBM (RZx) <br><br> **FIRST BI-ANNUAL REPORT RE ORDER RE INJUNCTIVE RELIEF** |

Pursuant to this Court's Order of November 9, 2011 (Dkt. 140), the Defendant City of Los Angeles respectfully submits the attached letter report of James G. Featherstone, the General Manager of the City's Emergency Management Department.  This report is submitted by the City for the reasons set forth therein.

DATED: May 9, 2012

CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
LAURIE RITTENBERG, Assistant City Attorney
GABRIEL S. DERMER, Deputy City Attorney

By___/s/ Gabriel S. Dermer__

GABRIEL S. DERMER
Deputy City Attorney

Attorneys for Defendant CITY OF LOS ANGELES

2

FIRST BI-ANNUAL REPORT RE ORDER RE INJUNCTIVE RELIEF

JAMES G. FEATHERSTONE
GENERAL MANAGER

**CITY OF LOS ANGELES**

EMERGENCY MANAGEMENT
DEPARTMENT
200 N. SPRING STREET, ROOM 1533
LOS ANGELES, CA 90012
TEL (213) 978-2222
FAX (213) 978-0517
www.emergency.lacity.org



ANTONIO R. VILLARAIGOSA
MAYOR

May 9, 2012

The Honorable Judge Consuelo B. Marshall
United States District Court
Central District of California
312 N. Spring Street
Los Angeles, California 90012

RE:   **Case No.: CV 09-0287 CBM (RZx)
CLASS ACTION
FIRST REPORT OF CITY OF LOS ANGELES EMERGENCY MANAGEMENT DEPARTMENT**

Dear Honorable Judge Marshall:

Pursuant to the Court's Order of November 9, 2011 (Dkt. No. 140), the City of Los Angeles has commenced the process of retaining BCFS Health and Human Services, hereafter referred to as BCFS, to address all components of the City's emergency preparedness program.

In accordance with the Court's Order, BCFS will subcontract with Ms. June Kailes, in order to utilize her subject matter expertise in disability issues. EMD has been assured by BCFS that they have met with Ms. Kailes to discuss her subcontract and responsibilities.

Compliance with the Order re Injunctive Relief

Since November 2011, the Emergency Management Department (EMD) of the City of Los Angeles has been in continuous communication with BCFS. On February 1, 2012, BCFS met with EMD at the City's Emergency Operations Center. This meeting was for both parties to ensure mutual understanding of the Court's Order, contract requirements, contract processes and to review the draft Project Charter. The following persons were in attendance at the February meeting:

| BCFS | City of Los Angeles Emergency Management Department |
|---|---|
| • Kari Tatro, Executive Director<br>• Dee Grimm, National Emergency Preparedness Coordinator, Western Region<br>• Kevin Dinnin, President & Chief Executive Officer | • James G. Featherstone, General Manager<br>• Anna Burton, Assistant General Manager<br>• Steve Dargan, Emergency Health Services Planner<br>• Michelle Riebeling, Emergency Management Coordinator I<br>• Eric Baumgardner, Emergency Management Coordinator I |

Immediately following this meeting, EMD and BCFS initiated drafting a contract to comply with the three (3) year timeline, as specified in the Court's Order. EMD identified City funding in the amount of $450,000 to be utilized by BCFS to meet the Court ordered remedy. Both parties understand that the timeframe for compliance with the Court's Order is from November 9, 2011 to November 9, 2014. Both parties agreed that BCFS was not obligated to provide any work product until a contract between BCFS and the City had been executed.

Appropriation of Funding

On April 9, 2012, the Office of the City Administrative Officer Fourth Financial Status Report (FSR) was heard and recommended for approval by the City of Los Angeles, City Council Budget and Finance Committee. The Fourth FSR recommended the transfer of $500,000 from the FY 2011-12 Unappropriated Balance to the Emergency Management Department for the purpose of reviewing and revising emergency plans as related to this Court's Order. On April 17, 2012, the Los Angeles City Council approved the Fourth FSR, dated April 5, 2012 (CAO File No, 0116-00001-0000, Council File No, 11-0600). Mayor Antonio R. Villaraigosa approved this action on April 19, 2012, per City Charter section 341.

Currently, EMD and BCFS are in the final phase of the City's contracting process. Both parties have worked to develop, and agreed to a Scope of Work that will meet the Court's Order. Funding has been identified, and both parties are ready for the final legal review (on or about May 14, 2012) of the proposed contract. Following the final legal review, the contract will be signed and executed.

In an effort to start work as soon as possible, EMD has forwarded the emergency plans, annexes, guides, templates, and associated City of Los Angeles policies to BCFS.

Synopsis of Scope of Work

The City of Los Angeles is undertaking a multi-phased project to enhance human services; specifically Functional Needs Support Services (FNSS) integrated planning for the population of the City of Los Angeles in the event of a disaster. By Court order, BCFS shall

subcontract with June Kailes and review the City's emergency plans (the City's Emergency Operations Master Plan and Procedures with the Master Plan Annexes, the Local Hazard Mitigation Plan, and the EMD Continuity of Operations Plan).

BCFS will identify gaps in existing FNSS planning, revise the City's emergency plans to close these FNSS planning gaps while meeting all legislative and legal requirements, make recommendations for identification of the necessary resources to achieve the solutions, train identified and agreed upon stakeholders on the improved FNSS procedures, and make recommendations for the implementation of the new FNSS procedures into existing City emergency operations. A copy of the most recent draft of the Scope of Work is attached.

Timeline of the Los Angeles City Government Activities

The Los Angeles City Council has continued to remain involved in this case. City Council involvement is desired and demonstrates the priority of this issue for the City. Further, actions related to the appropriation and allocation of funding in support of the November 9, 2011 Court Order, or action(s) related to any settlement with the Plaintiffs, are required to be heard and approved by the Los Angeles City Council and/or its Committees.

Listed below are the related Council and Committee meetings, and discussion of approvals made:

February 6, 2012, Agenda for the City of Los Angeles, Budget and Finance Committee of the Los Angeles City Council:

> Item No. (1), Council File No. 12-0105: City Attorney Report relative to the status of litigation and request for outside council in the case entitled Communities Actively Living Independent and Free v. City of Los Angeles, United Stated District Court Case No. CV09-0287-CBM (RZx). Council Referred matter on February 1, 2012.
>
> Action:
> The Office of the City Attorney moved a request to the Los Angeles City Council to appeal the November 9, 2011 Court Order. For this to be approved, the Office of the City Attorney requested permission to hire expert outside counsel.
>
> EMD sought permission to continue moving forward with BCFS in executing the Court ordered remedy.
>
> The Committee decided not to appeal and forwarded its decision to the City Council for action.

February 10, 2012, Agenda for the City of Los Angeles City Council:

> Item No. (10), Council File No. 12-0105, Closed Session: The City Council shall recess to Closed Session, pursuant to Government Code Section 54956.9(a), to confer with its legal counsel related to the status of litigation and

a request for outside counsel in the case entitled <u>Communities Actively Living Independent and Free v. City of Los Angeles</u>, United Stated District Court Case No. CV09-0287-CBM (RZx).

Action:
At this meeting, the Los Angeles City Council, during Closed Session, reviewed the February 6, 2012, recommendation of the Budget and Finance Committee and voted against appealing the Court's Order.

March 29, 2012, City Attorney Report No. R12-0085:

Request for Closed Session Pursuant to Government Code Section 54956.9(a). Report RE: Settlement Discussions, Communities Actively Living Independent and Free, et al. v. City of Los Angeles, et al. USDC Case No. CV-09-0287-CBM (RZx)

Action:
The Office of the City Attorney, the Emergency Management Department, and the Office of the Mayor, participated in the mediation process conducted at the Los Angeles JAMS Resolution Center on Monday, March 5, 2012. The resulting mediation recommendation was to direct the City of Los Angeles to make payment to the Plaintiffs in the amount of $2,100,000 for attorney's fees and costs.

April 9, 2012, Agenda for the Claims Board Meeting:

Item No. (2), File No. R12-0085, Continued from April 2, 2012. City Attorney report related to settlement in the case entitled <u>Communities Actively Living Independent and Free v. City of Los Angeles</u>, United States District Court Case No. CV09-0287-CBM (RZx).

Action:
The Los Angeles Claims Board met on April 9, 2012. Item (2) included the recommendation from the Los Angeles City Attorney to accept the recommended settlement payment of $2,100,000 by the City of Los Angeles to the Plaintiffs. The Claims Board heard discussion from staff from the Office of the City Attorney and Emergency Management Department. They agreed to accept the recommended settlement and forward their support to the Los Angeles City Council.

April 9, 2012, Agenda for the Budget and Finance Committee of the Los Angeles City Council:

Item No. (7), Council File No. 11-0600-S155, City Administrative Officer's Fourth Financial Status Report for the Fiscal Year 2011-12 relative to interim budget adjustments.

Action:
The FY 2011-12 Budget (Fund, 100/58, Unappropriated Balance) included $500,000 for the Emergency Management Department for a City Disaster Planning Study. The CAO's Fourth Financial Status Report submitted a

recommendation to move this funding to the Emergency Operations Fund (Fund 392/34), in support of contractual services required to review emergency plans as related to access and functional needs requirements.

The Budget and Finance Committee heard and approved the CAO's report. This Committee also recommended that the Emergency Management Department report to the Council relative to the policy issues, including the proposed scope of work, in regards to the contract for the City Disaster Planning Study.

April 16, 2012, Agenda for the Budget and Finance Committee of the Los Angeles City Council:

Item No. (1), Council File No. 12-0105, City Attorney report related to settlement discussion in the case entitled Communities Actively Living Independent and Free, et al. v. City of Los Angeles, United States District Court Case No. CV09-0287-CBM (RZx).

Action:
During Closed Session on April 16, 2012, the Budget and Finance Committee accepted the recommendation from the April 9, 2012, Claims Board.

April 17, 2012, Agenda for the City of Los Angeles City Council:

Item No. (3), Council File No. 11-0600-S155, Budget and Finance Committee Report relative to the Fourth Financial Status Report (FSR) for Fiscal Year (FY) 2011-12.

Action:
The recommendation by the Budget and Finance Committee was heard and approved by the Los Angeles City Council at this meeting. Members of the City Council reaffirmed their need to have a copy of the proposed scope of work, in regards to the contract for the City Disaster Planning Study.

April 19, 2012, Office of the City Clerk, Council and Public Services:

Confirmation of City Council adoption of, with Mayor's April 19, 2012, approval, Los Angeles City Council action related to Item No. (3), Council File No. 11-0600-S155, Budget and Finance Committee Report relative to the Fourth Financial Status Report (FSR) for Fiscal Year (FY) 2011-12, at its April 17, 2012, meeting.

Action:
Actions by the Los Angeles City Council, once approved, are then required to be approved by the Mayor. On April 19, 2012, Mayor Antonio R. Villaraigosa approved the April 17, 2012, action of the City Council, RE: Council File No. 11-0600-S155, Fourth Financial Status Report (FSR) for Fiscal Year (FY) 2011-12.

April 25, 2012, Agenda for the Los Angeles City Council:

Closed Session – Item No. (17), Council File No. 12-0105. The City Council shall recess to Closed Session, pursuant to Government Code Section 54956(a), to confer with its legal counsel relative to the case entitled <u>Communities Actively Living Independent and Free, et al. v. City of Los Angeles, et al.,</u> United States District Court Case No. CV09-0287-CBM (RZx).

Action:
During Closed Session on April 25, 2012, the combined recommendations of the April 9, 2102, Claims Board, and the April 16, 2012, Budget and Finance Committee were heard by the Los Angeles City Council. The decision by the Los Angeles City Council was to approve the recommended settlement amount of $2,100,000.

May 2, 2012, Office of the City Clerk, Council and Public Services:

Confirmation of City Council adoption, with Mayor's April 1, 2012, approval, of the Los Angeles City Council action related to Item No. 17, Council File No. 12-0105, at its April 25, 2012, meeting.

Action:
On May 2, 2012, the Los Angeles City Clerk released its confirmation of Mayor Antonio R. Villaraigosa's May 1, 2012, approval of the April 25, 2012, Los Angeles City Council action related to Council File No. 12-0105. Councilmember Paul Krekorian moved the motion, seconded by Councilmember Mitchell Englander, that:

    I hereby move that the Council adopt the following recommendation of the City Attorney in order to effect settlement of attorney's fee claim in the case entitled <u>Communities Actively Living Independent and Free et. al. v. City of Los Angeles et. al.,</u> United States District Court Case No. CV09-0287-CBM (RZx).

    Approve a settlement of the Plaintiff's attorney's fees and costs in the total sum of $2.1 million, payable to Disability Rights Advocates from Fund 100, Department 59, Account 009770.

EMD will work in concert with BCFS to prepare all future biannual status reports.

Respectfully submitted,

*[signature]*

JAMES G. FEATHERSTONE
General Manager

A.   Scope of Work

The City of Los Angeles is undertaking a multi-phased project to enhance human services; specifically Functional Needs Support Services (FNSS) integrated planning for the population of the City of Los Angeles in the event of a disaster. By court order, the Contractor shall review the City's emergency plans. These plans, identified in Exhibit M Part A are the City's Emergency Operations Master Plan and Procedures with the Master Plan Annexes, the Local Hazard Mitigation Plan, and the EMD Continuity of Operations Plan, all to be hereinafter referred to as "City's emergency plans". The Contractor will identify gaps in existing FNSS planning, revise the City's emergency plans to close these FNSS planning gaps while meeting all legislative and legal requirements, make recommendations for identification of the necessary resources to achieve the solutions, train identified and agreed upon stakeholders on the improved FNSS procedures, and make recommendations for the implementation of the new FNSS procedures into existing City emergency operations.

1.   Agreement

This Agreement defines the work to be accomplished by the Contractor for the BCFS HHS project.

The specific Services to be provided by the Contractor under this Agreement are described below:

1.1   BCFS HHS Review Specifications

Description: The Contractor will review and make recommendations for revision of the City's emergency plans with the final goal of remedying identified gaps in FNSS planning for the City of Los Angeles. Work shall consist of the following: provide a 3-year project management work plan for performance period November 9, 2011 through November 9, 2014 and establish the project administrative process; revise City emergency plans to reflect FNSS planning and meet legislative or legal compliance requirements; provide recommendations for advance identification of plan/program support needs and resources; manage presentation and training of the revised City emergency plans; perform a final evaluation through development of an AAR of the revised City emergency plans; resolve any remaining issues; with said project to transition after Contract term completion, into an established program to include protocols for monitoring and maintenance.

**Phase 1: Establish Project Work Plan and Project Administration**

The Contractor will develop and provide EMD the associated 3-year project management work plan identifying the goals, objectives, major task elements,

intended results of each task area, and the assigned Contractor project team. For purposes of said project oversight and administration, the project management resources utilized will be a professionally recognized project management program, mutually agreed upon between the Contractor and EMD.

Furthermore, the Contractor will provide the project timeline, outlining the planned timeframe of each project phase, critical milestones, and the project completion date. The submitted timeline shall include the court mandated submission dates of project status reports, as part of the project deliverables. The Contractor will submit the project timeline within two (2) weeks of the execution date of the contract. The timeline will be mutually agreed upon by the Contractor and EMD.

The Contractor will provide bi-annual status reports and a final report to the Court and counsel for the Parties, in compliance with the Court's order. Said status reports are to include sufficient detail, and be of a nature, that will ensure the Court and counsel for the Parties are able to evaluate effectively the progress of the review, revision, and implementation of the plans. The reports will include, as outlined on the court Order Re Injunctive Relief:
   i. Identification of the key City personnel involved in the process; and
   ii. Identification of community groups and governmental agencies consulted or otherwise involved in the process; and
   iii. Work plans, including time lines and completion dates, for revision of the City's emergency plans, broken down by type of plan; and
   iv. The status of the revision of the City's emergency plans, per the work plans developed by the Contractor; and
   v. Identification of any obstacles or problems identified by the Contractor in the review and revision of the plans; and
   vi. Timely notice of any issues that could impact compliance with the targeted completion date of the project.

The Contractor will develop the administrative process necessary to manage, monitor, document, archive, and maintain the project work. The administrative deliverable shall be in a form and manner to ensure that the City has an effective system that can be permanently integrated to maintain the remedies implemented during the project.

The Contractor will be responsible for the contract deliverables as required by court order documents. As the responsible party, the number and type of sub-contracted work is the purview of, and will be utilized at the discretion of the Contractor.

**Phase 2: Review and Revision of City Emergency Plans**

At the beginning of Phase 2, the Contractor shall conduct a meeting with EMD to discuss the review and revision project steps for FNSS planning in the City

emergency plans. EMD will provide electronic copies of the City emergency plans to the Contractor in advance of the Phase 2 implementation.

The Contractor shall review and revise City emergency plans identified in Exhibit M Part A, and provide a comprehensive gap analysis with recommended corrective actions relative to FNSS planning. The review and revision of the City's emergency plans will be conducted with the desired goal of achieving the development of comprehensive City emergency plans that are inclusionary and integrated to ensure adequate planning for people with disabilities, functional and access needs. This will include, but not be limited to identifying solutions for the following goals as they relate to Functional Needs Support Services (FNSS) integrated planning:
  i. Assessment of the efficacy of current City emergency plans Annexes; and
  ii. Advance identification of needs and resources; and
  iii. Provision of public notification and communications; and
  iv. Provision of policies or procedures concerning the concept of shelter-in-place; and
  v. Provision of shelter and care for individuals forced to evacuate their homes; and
  vi. Provision of assistance with evacuation and transportation; and
  vii. Provision of temporary housing; and
  viii. Provision of assistance in recovery and remediation efforts after an emergency or disaster; and

The Contractor will identify from the listed City Administrative policy and procedural documents in Exhibit M Part B, emergency operations policies and programs that need to be updated to establish authorities, directives, procedural changes, assigned responsibilities, set financial support, ensure acquisition of vital resources, and support the necessary relationships with the Los Angeles Operational Area (LA OA), the Coastal Region, the state, and federal government. Prior to initiation of the implementation phase the Contractor will meet with EMD to discuss the Contractor's recommended changes to the City processes, policies, implementation plan, and the implementation timeline to integrate FNSS into field operations.

The Contractor will submit to EMD, within thirty (30) days of each plan review or policy review, a summary matrix of identified gaps. The matrix shall include the following for each listed gap:
  i. Reference to required element of the Court Order documents; and
  ii. Reference to any legislation or law; and
  iii. Recommended corrective action; and
  iv. Recommended corrective action completion date; and
  v. Recommended responsible Party; and
  vi. Identification of potential resource needs; and
  vii. Identification of any challenges that could delay or halt progress to the

correction.

Due to the need to assess the scope and scale of City emergency plans' revisions and the impacts to emergency processes within the City, the Contractor will meet with EMD after the revision phase is complete, but not before Phase 3 begins, to coordinate the presentation and training process of key stakeholders.

**Phase 3: Implementation of Revised City Emergency Plans**
Upon the completion of Phase 2, the Contractor will formulate an effective presentation method to inform stakeholders of the City's emergency plans' revisions, create and conduct training to educate stakeholders on the revisions, and coordinate the implementation phase of the revisions. Due to the comprehensive nature of the contract goals and in the interest of keeping to the contract timeline, the Contractor may communicate directly with other stakeholders during this phase of the contract work. The Contractor will notify EMD in advance when any such communication is necessary.

*Presentation of Revised City Emergency Plans to City and Community Key Stakeholders*

The scope of work involved in revising existing documents, to ensure the City has comprehensive emergency plans, covers numerous missions of City departments and partner agencies. An effective presentation of the revisions will be a key milestone in the implementation of the Contractor's recommendations.

The Contractor shall develop a presentation program, identify the FNSS stakeholder participants, set up a presentation schedule, and coordinate with EMD to conduct two (2) presentations for up to 30 participants each, on all FNSS planning revisions to include:
  i. Enhanced procedures as they relate to changes and additions that were implemented relative to FNSS integrated planning; and
  ii. Participating agency responsibilities under the enhanced procedures relative to FNSS principals in the revised City emergency plans; and
  iii. Multi-jurisdictional and multi-discipline coordination under the revised emergency procedures in order to effectively demonstrate FNSS related policy and procedure operational changes, and
  iv. Revised City emergency plans within the City of Los Angeles and its neighboring jurisdictions; and
  v. How to integrate the FNSS policies and procedures into ICS practices and principles; and
  vi. Resources that will be put in place to implement the revisions; and
  vii. Public information and crisis information management elements of the revised City emergency plans.

Additionally the Contractor will prepare a presentation for targeted non-operational community stakeholders. This presentation will provide an overview

of the revised and integrated City emergency plans. It will also cover the developed FNSS solutions for inclusionary planning that will be implemented within the City's emergency services. This presentation is targeted to non-operational community stakeholders that have specific interest in ensuring that the City has integrated and inclusionary plans to support whole community response.

Four (4) weeks before the scheduled presentation(s), the Contractor will submit presentation materials in the latest Microsoft software version to the City EMD Project Manager. Upon EMD's approval of presentation materials, the Contractor will provide two (2) hard copies to EMD along with an electronic copy in a format chosen by EMD.

### *Training on Revised City Emergency Plans*

The Contractor will conduct two (2) training courses, forty (40) participants per session, on the revised City emergency plans. For each session, the Contractor will dedicate fifty percent (50%) of the participant seats to embedded City Staff. The Contractor will integrate the instruction of this City cadre within the course curriculum. The goal is to establish a Train-the-Trainer City cadre, developed as SMEs, fully capable of training future instructors and conducting the same course. The Contractor will identify the key stakeholders to fill the remaining fifty percent (50%) of participant seats for each of the two sessions. The Contractor will develop the training material to cover the revised City emergency plans, in the area of items i-viii on page 13. The Contractor will provide qualified FNSS instructors to conduct the two (2) training sessions.

The Contractor will develop and submit for review to EMD, eight (8) weeks before the training sessions, electronic and hard-copy of the following master course training material in the latest version of Microsoft Word. Training materials are to include, but are not limited to:
  i. Course Plan of Instruction (POI) to include purpose, goal, scope, targeted audience, and agenda; and
  ii. Course presentation with Instructor manual; and
  iii. Student manual; and
  iv. Any supplemental teaching materials; and
  v. Frequently Asked Questions (FAQ); and
  vi. Course Evaluation; and
  vii. Test.

The Contractor will create and submit to the City Project Manager, electronically and hard-copy in the latest version of Microsoft Word, any additional supporting material to include but not limited to, an Executive Summary, course description, course objectives, course curriculum, and a Certificate of Completion, four (4) weeks before beginning any training sessions.

Upon completion of the two (2) training sessions, the Contractor will submit to EMD within two (2) weeks, electronically and hardcopy in the latest version of Microsoft Word, the following:
  i. Completed participant course evaluations; and
  ii. Completed participant tests; and
  iii. Copy of participant certificates
  iv. Summary report of the evaluation results.

Upon completion the Contractor will ensure key stakeholders and the Train-the-Trainer City cadre:
  i. Have a working knowledge of the revised emergency plans; and
  ii. Have the ability to carry out their agency responsibilities under the revised emergency procedures; and
  iii. Demonstrate an understanding of multi-jurisdictional and multi-discipline coordination under the revised emergency procedures; and
  iv. Know what resources are necessary to carry out their responsibilities identified in the revised City emergency plans; and
  v. Have mastered the enhanced policies and procedures in the human services missions of the revised City emergency plans; and
  vi. Have the proficiency to integrate revised City emergency plans into event planning management applicable to the City of Los Angeles and its neighboring jurisdictions; and
  vii. Have the skill to integrate ICS practices and principles with the enhanced human services procedures; and
  viii. Have the ability to monitor and maintain the revised City emergency plans applicable to their assigned City responsibilities.

Upon completion of the implementation phase, the Contractor will perform an evaluation to measure achievement of all items i-viii listed above. The Contractor will submit a Phase 3 After Action Report to EMD to include a corrective action matrix of any remaining gaps or issues in stakeholder comprehension, training, and resource needs.

### Phase 4: Evaluate and Refine City Emergency Plan Revisions

Upon initiation of the evaluation and refinement phase, the Contractor will meet with EMD to develop the evaluation methodology utilized to assess achievement of goals identified on page 13 of this Scope of Work, under **Part 2: Review/Assess City Emergency Plans and Conduct Gap Analysis**, items i-viii.

At the completion of the evaluation/refine phase the Contractor shall provide the final three (3) year project After Action Report to include:
  i. Executive Summary of the FNSS initiative; and
  ii. Evaluation results of goal achievement; and
  iii. List of improvements to the City's emergency management

      program as a result of the project; and
    iv. Remaining gaps that will be resolved in the refinement phase.

## Phase 5: FNSS Project Close-Out and Transition

At the completion of the evaluation phase the Contractor will meet with EMD to discuss coordination of the close-out steps of the project. The Contractor will submit three (3) project binders in this final phase, each binder representing one project year within the contract period.

- Binder 1: The Contractor will assemble all project documents from contract year one (1) into Binder 1, to be submitted to EMD at the end of contract year one (1). The project binder will include, but is not limited to:
    i. Records of meetings i.e. hand-outs, presentations, sign-in sheets, meeting minutes; and
    ii. Gap analysis findings from the review of the City emergency plans; and
    iii. Corrective action matrix from the City emergency plans review identifying recommendations and responsible agencies; and
    iv. Court Reports; and
    v. Executive Summary reports; and
    vi. Any other documents related to the performance work of the project phases and/or requested by EMD.

- Binder 2: The Contractor will assemble all project documents from contract year two (2) into Binder 2, to be submitted to EMD at the end of contract year two (2). The project binder will include, but is not limited to:
    i. Implementation plan for the revised City emergency plans; and
    ii. Records of meetings i.e. hand-outs, presentations, sign-in sheets, meeting minutes; and
    iii. All training material; and
    iv. Court Reports; and
    v. Executive Summary reports; and
    vi. Any other documents related to the performance work of the project phases and/or requested by EMD.

- Binder 3: The Contractor will assemble all project documents from contract year three (3) into Binder 3, to be submitted at the end of the contract period. The project binder will include, but is not limited to:
    i. Records of meetings i.e. hand-outs, presentations, sign-in sheets, meeting minutes; and
    ii. Gap analysis findings from the evaluation and refinement of the revised City emergency plans; and
    iii. Corrective action matrix from the final City emergency plans evaluation and refinement, identifying recommendations and

        responsible agencies; and
- iv. Summary of results at the conclusion of all project evaluation activities; and
- v. Court Reports; and
- vi. A final Executive Summary report outlining the major project areas, accomplishments, and remaining gaps; and
- vii. Any other documents related to the performance work of the project phases and/or requested by EMD.

The Contractor will conduct a final meeting with EMD at the conclusion of the project, to make any final recommendations on how EMD can phase project work into permanent City operations.

**[THIS SECTION INTENTIONALLY LEFT BLANK]**