# EXHIBIT B

City Hall East
200 N. Main Street
Room 916
Los Angeles, CA 90012

(213) 473-6850 Tel
(213) 473-6818 Fax
gabriel.dermer@lacity.org
www.lacity.org/atty

**City of Los Angeles**

**CARMEN A. TRUTANICH**
City Attorney

May 31, 2012

*By Email Only*

Shawna Parks, Esq.
Disability Rights Advocates
2001 Center St., 4th Floor
Berkeley, CA 94704
Fax: (510) 665-8511

        Re:    *Communities Actively Living Independent and Free et al. v. City of Los Angeles et al.* (USDC Case No.: CV-09-0287 CBM (RZx)

Dear Shawna:

    I write to follow-up to your email and our discussion of today. As I mentioned, it is the City's desire to work with plaintiffs cooperatively and avoid the need to bring matters of disagreement before the Court prematurely or unnecessarily. The City also believes that the parties have an obligation to follow the procedures set forth in the Court's Order. Your request for the parties to meet and confer is premature and in conflict with the procedures set forth by the Order. As you will recall, the Order states that plaintiffs may make comments to the City's report, and request additional information, *and then after receiving such information,* the parties will meet and confer if either party believe further information is required. Since we have yet to receive your formal comments to the City's report, a meet and confer is not yet appropriate. If and when the time to meet has arrived, the City assures you it will do so.

    Further, as you know, the City expects the contract with BCFS to be signed in the very near future. Since we spoke, I have confirmed that the City has signed-off on the contract, and it is now being reviewed by BCFS' counsel. I have also learned, and am pleased to enclose, the schedule of deliverables that is part of the contract. You will see that this provides a time-frame for the expert's work.

    Finally, to reiterate our earlier conversation about the "concerns" raised in your letter of May 14, the City has accepted and/or addressed each of those concerns:

    1. The timing issue you raised should be resolved by virtue of the schedule of deliverables enclosed herewith.

Shawna Parks, Esq.
May 31, 2012
Page 2

      2. Ms. Kailes has been expressly included in the contract between the City and BCFS, a copy of which will be provided to you as soon as it is signed. Further, the City and BCFS are well aware that she is the only subcontractor *required* under the terms of the contract, and we assure you her services are certain to be utilized.

      3. You are correct that community involvement is required under the Order and we have clarified the contract such that such involvement will occur *during* the revision process.

      4. I have also explained that in terms of language, BCFS or anyone can only "recommend" changes to the City (and that this is really just a semantics issue), but the City fully intends on incorporating all of the expert's recommendations.

      5. Finally, the term "FNSS" is an acceptable term to federal agencies, and unquestionably includes persons with disabilities. The City is certain that BCFS, with the valuable assistance of Ms. Kailes, will not produce anything that excludes plaintiffs.

      If there is yet something you would like us to address, please let me know. I hope you will appreciate that the City is – and intends to continue – fully embracing the Court's Order. This includes not meeting prematurely or without a specific focus. It is our hope that you will review the timetable, see what the City intends to accomplish, and let us know what further information you would like, per the Court's Order. If, after all, there is something for us to meet and confer over, we are happy to do so.

      Thank you.

                                                             Sincerely,

                                                           Gabriel S. Dermer
                                                           Deputy City Attorney

# Exhibit A - Schedule of Deliverables BCFS HHS

| PROJECT PHASE | ACTIVITIES | DELIVERABLES | COMPLETED BY | TOTAL COST | PAYMENTS |
|---|---|---|---|---|---|
| PHASE I | Develop and provide EMD, the associated 3-year project management work plan.<br><br>Provide the project timeline.<br><br>Provide bi-annual status reports and a final report to the Court and counsel for the Parties, in compliance with the Court's order.<br><br>Develop the administrative process necessary to manage, monitor, document, archive, and maintain the project work. | Identify the goals, objectives, major task elements, intended results of each task area, and the assigned BCFS project team.<br><br>Outline the planned timeframe of each project phase, critical milestones, and the project completion date.<br><br>Complete and submit bi-annual reports to the court and counsel as directed by the court order.<br><br>Identify a professionally recognized project management program, and mutually agree with EMD to implement and utilize said program. | 30 days from date of contract signature | $17,776.00 | |
| PHASE II | Review and make recommendations for revision of the revise City emergency administrative policies and plans identified in Exhibit M Part A, and provide a comprehensive gap analysis with recommended corrective | Submit to EMD, within thirty (30) days of each plan review or policy review, a summary matrix of identified gaps. The matrix shall include the following for each listed gap: | Timeline is dependent upon the delivery of plans from EMD to BCFS for review. Plans review must be completed no | $301,081.00 | |

1

**Exhibit A - Schedule of Deliverables BCFS HHS**

|  |  | actions. | i. Reference to required element of the Court Order documents; and<br>ii. Reference to any legislation or law; and<br>iii. Recommended corrective action; and<br>iv. Recommended corrective action completion date; and<br>v. Recommended responsible Party; and<br>vi. Advance Identification of potential needs and resources for corrective action; and<br>vii. Identification of any challenges that could delay or halt progress to the correction | later than November 30, 2013 |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| PHASE III |  | Formulate an effective presentation method to inform stakeholders of emergency plan's revisions.<br><br>Create and conduct training to educate stakeholders on the revised emergency plans. | Develop a presentation program, identify the FNSS stakeholder participants, set up a presentation schedule, and coordinate with EMD to conduct presentations.<br><br>Prepare 2 presentations, one for targeted operational stakeholder and one for non-operational community stakeholders. Presentation will provide an overview of the revised and integrated emergency plans. | May 30, 2014 | $101,101.00 |  |

2

**Exhibit A - Schedule of Deliverables BCFS HHS**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | Conduct two (2) training courses, forty (40) participants per session, on the revised areas of the City's emergency operations. | Establish a Train-the-Trainer City cadre, developed as SMEs, fully capable of training future instructors and conducting the same course.<br><br>Develop the training material to cover the revised emergency plans<br><br>Provide qualified FNSS instructors to conduct the two (2) training sessions. |   |   |   |
|   | Perform an evaluation to measure achievement of T-T-T and present a final After Action Report. | Submit an After Action Report to EMD including a corrective action matrix of remaining gaps or issues in stakeholder comprehension, training, and resource needs. |   |   |   |
| PHASE IV | Provide an After Action Report of the three (3) year initiative | AAR to include<br>•Executive Summary of the FNSS initiative<br>•Evaluation results of goal achievement<br>•List of improvements to the City's emergency management program as a result of the project | July 30, 2014 | $17,776.00 |   |

3

**Exhibit A - Schedule of Deliverables BCFS HHS**

|  |  | •Remaining gaps that will be resolved in the refinement phase |  |  |  |
|---|---|---|---|---|---|
| PHASE V | Provide electronic and hard copies of all required documentation. | Submit three (3) project binders, one per year of project period. | Nov 30, 2014 | $12,221.00 |  |

4