# EXHIBIT C

| | |
|---|---|
| **From:** | Shawna Parks |
| **Sent:** | Friday, June 01, 2012 1:21 PM |
| **To:** | Gabriel Dermer (gabriel.dermer@lacity.org) |
| **Cc:** | Michelle Uzeta (michelle.uzeta@lls.edu) |
| **Subject:** | CALIF v. City of Los Angeles |

Dear Gabriel,

I am writing in response to your letter of yesterday regarding the pace of the City's implementation of the Court's order in this matter. As you know, Plaintiffs disagree that the parties must wait until after the filing of reports before meeting and conferring about the City's failure to move forward at all on implementation since the Court's order seven months ago. Indeed, as I explained on the phone Plaintiffs' intent was that the parties and experts could meet in order to provide the Court with information as to the resolution of this issue, rather than simply identifying our disagreements to the Court. It is clear, however, that the City is refusing to meet with Plaintiffs despite our repeated requests to do so, and that representatives of the City will not even engage in a teleconference on this issue, which is what you and I discussed yesterday. While your letter provides some thin details, the schedule that the City provided in the letter is vague at best, particularly in light of the fact that there is still no contract signed with the expert, and that the project is already seven months behind. I would note also that while the schedule outlined in Exhibit A to your letter has an end date of November 2014, the content appears to continue to assume a three year time line. As you know, however, that time line has been shortened at this point to less than two and a half years, and Plaintiffs would expect any future time lines and work plans to address that fact.

As a result of the unexplained delays in the City's work under the order, Plaintiffs need agreement from the City as to the following: 1) a contract with BCFS will be signed and provided to Plaintiffs within the next two weeks; 2) the work plan will be finalized and provided to Plaintiffs within 30 days after the contract date; and 3) to the extent Plaintiffs have questions or concerns about the work plan, the parties and experts will meet *in person* within two weeks after receipt of the work plan.

Anything less than agreements on the above is simply not acceptable given the delays to date in beginning the work necessary to addressing these critical services for people with disabilities. Please provide me with an answer as to these points no later than Tuesday of next week so that we can address this issue in Plaintiffs' comments due next Friday.

Finally, please also remember to copy my co-counsel, Michelle Uzeta at DRLC (michelle.uzeta@lls.edu), on all correspondence.

Sincerely,
Shawna Parks

Shawna Parks
Co-Director of Litigation
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California  94704-1204

510 665 8644  ext. 127 (Tel)
510 665 8716 (TTY)
510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY

The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.