# EXHIBIT D




City Hall East
200 N. Main Street
Room 916
Los Angeles, CA 90012

(213) 473-6850 Tel
(213) 473-6818 Fax
gabriel.dermer@lacity.org
www.lacity.org/atty

**CARMEN A. TRUTANICH**
City Attorney

June 4, 2012

<u>By Email Only</u>

Shawna Parks, Esq.
Disability Rights Advocates
2001 Center St., 4th Floor
Berkeley, CA  94704
Fax: (510) 665-8511

Re:   *Communities Actively Living Independent and Free et al. v. City of Los Angeles et al.*  (USDC Case No.:  CV-09-0287 CBM (RZx)

Dear Shawna:

In response to your email of June 1, let me first state that the City does not appreciate Plaintiffs repeatedly sending inflammatory correspondence making demands beyond those required of the City under the Court's Order.

Nevertheless, as you know, it remains the City's hope that the parties will be able to work towards a nation-leading standard for emergency plans for people with disabilities. Accordingly, we agree with the first two "demands" contained in your email. I must add, though, that I will be out of the office from next Tuesday to the following Thursday (6/12 - 6/21), so can we agree that if you do not get it sooner, I will send you the contract on my return? As for the last point, the City agrees to meet and confer with Plaintiffs, subject to the schedules of those involved. We also suggest that after Plaintiffs receive a copy of the contract and work plan, the parties first discuss by email or telephone what concerns or additional information Plaintiffs seek. In this fashion, any in-person meeting between the parties will be issues-focused with the attendees being fully prepared to discuss the matters presented.

I hope this meets your approval. Thank you.

Sincerely,

Gabriel S. Dermer
Deputy City Attorney