## Expert Report of June Kailes

*Re: Communities Actively Living Independent and Free v. City of Los Angeles, Case No. CV 09-0287 CBM (RZx); Implementation*

1. Pursuant to the November 9, 2011 Injunctive Relief Order in the above case, I am designated by the Court as an expert on disability issues in the review and revision of Los Angeles' emergency plans. To that end, I have a subcontract with BCFS to provide subject matter expertise in disability issues during the review and revision of the City's emergency plans to address the needs of persons with disabilities. I submit this report to discuss the implementation process to date.

2. Initially I was very concerned about the project's slow and much delayed start. Specifically, I had significant concerns regarding my limited involvement because I was not involved in the creation of the City's Work Plan and Master Planning Timeline or the discussion regarding the final selection of stakeholders. I was also concerned because BCFS did not identify the overarching foundational issues existing in the City's emergency plans prior to the review of the individual plans. Identifying these building blocks is crucial to ensure that implementation of the critical components are consistently applied and integrated throughout the revised emergency plans. Furthermore, BCFS did not prioritize the review or revision of certain key plans. Lastly, I was concerned about the lack of expert involvement in the City's implementation of the expert's recommendations.

3. I attended a meet and confer meeting on October 26, 2012 that included Plaintiffs' counsel, the City, and BCFS, which I understand was held at the request of Plaintiffs' counsel. The purpose of the meeting was to discuss Plaintiffs' concerns regarding the absence of detail and specific tasks in the Work Plan and Master Planning Timeline. During the meeting, I expressed my concerns to BCFS and the City regarding the lack of communication between me and BCFS, and my belief that a collaborative team approach is the best way to execute this review. BCFS and I have since increased our communications. My involvement with the BCFS team has increased from primarily submitting ideas and reviews via emails to telephone and in person team meetings. During these meetings, I further expressed my concerns regarding the above issues and believe that they are currently being addressed. I continue to have concerns regarding a few remaining issues, which are discussed in more detail below.

4. There are four stakeholder working group meetings scheduled during the Oversight Period. The initial meeting was held on December 6, 2012. The participants included representatives from the City, the County stakeholder group, American Red Cross, Emergency Network Los Angeles, and community organizations such as independent

    living centers, regional centers, Junior Foundation for the Blind, and Greater Los Angeles Agency on Deafness.  During the initial meeting, the stakeholders asked questions, participated in exercises, and discussed their concerns regarding the City's emergency planning with respect to people with disabilities.  Because these stakeholder meetings are so important to the process of revising the City's emergency plans, I believe that four meetings is most likely not enough to be effective.  In my opinion, more frequent stakeholder teleconferences regarding specific focus areas would be helpful in this process.  BCFS is open to exploring this option.

5. I have also been informed that a City committee has already undertaken the surveying and evaluation of over 250 emergency shelters using the Department of Justice ADA Checklist for Emergency Shelters.  It is unclear who is on the City committee and whether members of this committee have the requisite specialized technical expertise needed to survey facilities for compliance with accessibility standards and then analyze and implement the results.  Projects like this are usually conducted by disability access specialists.  I am concerned that the City has undertaken this project without the assistance of the experts designated in this case.

6. As the designated expert on disability issues, I am dedicated to ensuring that the needs of people with disabilities are incorporated into the City's emergency preparedness program.  I am committed to the implementation process and working with BCFS to accomplish this goal.  Therefore, I wanted to identify my concerns for the Court, the progress that I believe we have made to date in addressing those concerns, and provide an update regarding the status of implementation.

Dated: December 10, 2012

_____
June Kailes