DISABILITY RIGHTS ADVOCATES
SID WOLINSKY (SBN 33716)
swolinsky@dralegal.org
SHAWNA L. PARKS (SBN 208301)
sparks@dralegal.org
MARY-LEE SMITH (SBN 239086)
msmith@dralegal.org
Berkeley, CA 94704
Telephone: (510) 665-8644
Fax: (510) 665-8511; TTY: (510) 665-8716

DISABILITY RIGHTS LEGAL CENTER
PAULA PEARLMAN (SBN 109038)
paula.pearlman@lls.edu
MICHELLE UZETA (SBN 164402)
michelle.uzeta@lls.edu
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1031
Fax: (213) 736-1428; TTY: (213) 736-8310

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE, a nonprofit corporation, and AUDREY HARTHORN, an individual, on behalf of themselves and ALL OTHERS SIMILARLY SITUATED,<br><br>                 Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, a public entity, and COUNTY OF LOS ANGELES, a public entity,<br>                 Defendants. | Case No.: CV 09-0287 CBM (RZx)<br><br>**DECLARATION OF SHAWNA L. PARKS IN SUPPORT OF PLAINTIFFS' RESPONSE TO BI-ANNUAL REPORT OF EXPERT BCFS HHS DATED MAY 9, 2013** |

I, Shawna L. Parks, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am the Co-Director of Litigation at Disability Rights Advocates and one of the attorneys of record for Plaintiffs herein. The facts stated below are based on my own personal knowledge, and if called as a witness I could and would testify competently to them.

2. Attached as Exhibit A is a true and correct copy of BCFS's responses to Plaintiffs' questions regarding the Report.

3. Attached as Exhibit B is a true and correct copy of the letter dated May 14, 2013 from the City of Los Angeles.

4. In December 2012, the parties had a dispute regarding the City and BCFS's refusal to provide Plaintiffs and June Kailes with substantive work product related to the implementation of the Order. The parties met and conferred but Plaintiffs ultimately had to request a mediation session before Judge Wistrich to resolve the dispute. In advance of the conference, Plaintiffs requested substantive information and work product from the City and BCFS so that the mediation would be more productive. The City refused to provide the information. Attached as Exhibit C is a true and correct copy of the emails between Plaintiffs and the City.

5. During the April 23 mediation before Judge Wistrich, the City and BCFS agreed that Ms. Kailes need not sign a confidentiality agreement. The City and BCFS also agreed to provide Plaintiffs with the following: 1) a list of the 272 plus gaps identified by BCFS to date, 2) a list of the gaps identified by Ms. Kailes and the disposition or current status of those gaps to date, 3) a general description of the comprehensive study of the City's Functional Needs Support System, and 4) current versions of the 2 EOPs as to which final revisions have been initiated. The City and BCFS was required to provide this information to Plaintiffs in or with the May 2013 Report. (Dkt. No. 243).

1      6.     BCFS's May 9 Report contained a chart that merely listed gap numbers and contained no substantive detail.  Plaintiffs therefore were not able to determine the substantive gaps that had been identified by the experts.  Plaintiffs again requested the 15 completed detailed gap analyses submitted by BCFS to the City that contain the 272 plus identified gaps that BCFS and the City had agreed to provide to Plaintiffs with or in the May 9 Report.  BCFS responded that it will provide this information to Plaintiffs on June 12.  *See* Exhibit A.

                        /s/
                        Shawna L. Parks

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Communities Actively Living Independent and Free, et al. v. City of Los Angeles, et al.*
**DECLARATION OF SHAWNA L. PARKS IN SUPPORT OF PLAINTIFFS' RESPONSE TO BI-ANNUAL REPORT OF EXPERT BCFS HHS DATED MAY 9, 2013**
2