# EXHIBIT A

**June 3, 2013**

**BCFS HHS RESPONSES TO PLAINTIFFS' QUESTIONS RECEIVED ON MAY 20, 2013:**


1)        It was unclear from Attachment 2 to the bi-annual report what the 280 identified gaps were as the chart just listed the gap numbers.  Please send us the 15 completed detailed gap analyses submitted to the City thus far that describe the 280 gaps.

> This report will take more time to compile and we will have a more detailed list of the gaps to you on or about June 12th.

2)      What does it mean if Ms. Kailes' recommendations are not used if not tied to a legal reference?

> This reference was not specific to Ms. Kailes.  If an SME turns in a gap analysis identifying a gap that is not tied a legal requirement (e.g. federal and/or state regulation), the identified gap is omitted from the Consolidated Master Gap Analysis. However, in most cases, the identified gap and comments are provided to the City as a best practice or recommended corrective action.


3)      When did BCFS inform the City that it could not determine if the City is in compliance without reviewing the City department SOPs?

> In December 2012, BCFS HHS received the first City EOP that made a single reference to an SOP.  In January 2013, BCFS HHS received three more EOPs that made reference to a SOP.  After reviewing these four EOPs in total, BCFS met with the City on February 22, 2013, to discuss the references to the SOPs in the EOPs and to obtain further information with regard to the use of SOPs.  Thereafter, on February 28, 2013, BCFS sent a letter to the City's Emergency Management Department's General Manager, James Featherstone discussing this issue.  BCFS has also met with City departments on March 6, 2013, and April 25, 2013, to discuss the importance of inclusionary planning for people with disabilities and others with access and functional needs in development of their SOPs.


4)      Copies of all revisions to the City department SOPs as discussed in the City's May 14 letter to Plaintiffs.

> The May 14, 2013, letter referenced in this question was sent by the City to Plaintiffs. Thus, this question should be answered by the City.  BCFS has received the following response by the City to this question:

Work is in progress.  No department SOPs are completely revised at this time.  However, the need for disabilities, access and functional needs services has been communicated by the City to City departments.  The City has provided an exemplar of the immediate benefit in the attached letter from the Los Angeles Police Department (LAPD) regarding a recent bomb threat incident.

5)    Copies of all revisions to City EOPs.

As discussed with Judge Wistrich, copies all final revised City EOPs will be included in the bi-annual expert reports.  At this time, other than the Evacuation EOP already provided, there are no other revised EOPs.   As stated in BCFS HHS Court May 2013 report, the Tsunami revised EOP will be finalized shortly and provided to Plaintiffs.

6)    Please provide more details regarding the permanent Disability, Access and Functional Needs Technical Specialist. For example, who has been hired, what are his or her qualifications, and to whom does he or she report to?

The Technical Specialist was determined by the City, and thus this question should be answered by the City.  BCFS has received the following response by the City to this question:

This position, like the other 97 positions on the floor of the Emergency Operations Center (EOC), is not a "paid" authority and is filled by an employee of the City's Department on Disability (DOD) as needed during Level II or Level III activation.  With the exception of the City EMD staff in the job class of Emergency Management Coordinator (EMC)-II or EMC-I, all other positions in the City's EOC are collateral duty assignments and filled as needed based on the level of activation, type of incident/event and primacy of missions; no one is "hired" for the non-EMC staffed positions, and EMD felt that DOD was best suited to fill this position.

7)    Please provide more details regarding the Emergency Needs Information System.  For example, will this function like a registry?

BCFS believes this question should be answered by the City as it was supplemental information provided by the City in the May 2013 Biannual Report.  BCFS has received the following response by the City to this question:

In reviewing the Emergency Readiness Information System description in the BCFS bi-annual court report, the City is not sure what other details can be provided.

8)    Please provide more information regarding the City's efforts to undertake surveys of all shelters for accessibility.

BCFS believes this question and its subparts should be answered by the City, as the City completed the surveys.  BCFS has received the following response by the City to this question:

a.    How many shelters have been surveyed?

190

b.    Please provide copies of all completed surveys.

The ADA Shelter Survey is approximately 36 pages (some have additional pages; all hardcopy).   The City EMD is in process of scanning these surveys for transmittal.

c.    How many shelters have been found inaccessible? What is considered "accessible"?

No shelter survey was 100%.

d.    How many shelters are in the process of being modified?

The Department of Recreation and Parks is working with EMD to develop a construction/modification work plan.

e.    Who is assisting in the modification process?

Michael Shull, Assistant General Manager for the Planning, Construction and Maintenance Branch of the Department of Recreation and Parks.  He is currently looking at the first 75 facilities that have remedies that can be addressed in short order by his construction teams.

f.    Who are the members of the committee who are surveying the shelters? Qualifications?

Per the DOJ survey guidelines, the survey is designed to be used by non-SMEs.  The "ADA Checklist for Emergency Shelters" instructions state, "Individuals conducting the surveys need not be experienced in evaluating facilities for accessibility. The checklist provides guidance on how to complete the survey and will prompt the user to check key elements." (See attached "ADA Checklist for Emergency Shelters" document - page 2, Section B: Conducting Accessibility Surveys and C: Getting Started).

Attachments:          LAPD Correspondence
                              ADA Checklist for Emergency Shelters
                              Feb 28th Letter to GM James Featherstone RE: SOPs