# Christine Chuang

| | |
|---|---|
| **From:** | Kari Tatro <ktatro@bcfs.net> |
| **Sent:** | Thursday, June 06, 2013 1:53 PM |
| **To:** | Christine Chuang |
| **Cc:** | gabriel.dermer@lacity.org; Shawna Parks |
| **Subject:** | RE: CALIF v. LA: Information Request |

Dear Christine,

The answers to your follow up questions are below.

Question 2: We asked what it means if Ms. Kailes' recommendations are not used if not tied to a legal reference. What legal standards you are using?

> We ask that all SME's reference the legal standard which requires the City to take an action in response to an identified gap in order to address the needs of persons with disabilities in those components of the City's emergency preparedness program as listed in the Court's Order (Doc No. 140). For example: ADA, PKEMRA, Rehabilitation Act, Fair Housing Act, ABA etc. For those identified gaps that are not tied to a legal standard, in most cases, we provide that analysis as a best practice or recommended action. For example, Ms. Kailes recommended that a position be created in the EOC for a Disability, Access and Functional Needs Specialist. There is no legal requirement to create this position but we all felt it would be a best practice and recommended action that the City take in order to help mitigate potential gaps that may surface during a response. We provided this to the City as a best practice and recommended action.

Question 6: We asked for more details about the permanent Disability, Access and Functional Needs Technical Specialist, including who this person is. According to the City, the person is an employee of the Department of Disability. We would like to know who this person is. BCFS does not have the information requested and thus, has forwarded this question to the City. Please see their response:

> The DAFN TechSpec position will be staffed by a person(s) who has/have specialized knowledge and expertise regarding DAFN issues. This position is normally filled by staff, or a designee, from the City's Department on Disabilities. The DAFN TechSpec position may function within the Planning Section in the EOC. However, in order to be available and centrally located to all the Sections and Branches in the EOC, the DAFN TechSpec workstation is physically located at the Emergency Management pod in the EOC. Additionally, a DAFN TechSpec Brief agenda item shall be included on all briefings to the EOC Director, and the DAFN TechSpec shall have a access to the EOC Director/Deputy Directors at all times.

Question 8: We asked who the members of the committee are who are surveying shelters and their qualifications. The answer was nonresponsive. Who are the members and what are their qualifications? BCFS has forwarded this question to the City. Please see their response:

> Not sure I understand "non-responsive"? We cited the ADA Survey guidelines which state that expertise is not needed. We used Fire Captains who knew building construction and had experience doing inspections.

**Kari Tatro** Executive Vice President for Emergency Management Operations
**BCFS**
**Administrative & Foundation Office**
1506 Bexar Crossing | San Antonio, TX 78232
**office** (210) 832-5000 |**fax** (210) 832-5005
**direct** (210) 208-5607|**cell** (210) 542-8886
**corporate website** www.BCFS.net | **program website** www.BCFS.net/EMD

Arizona • California • Colorado • Florida • Illinois • New York • Ohio • Oregon • Tennessee • Texas • Washington, D.C.
Africa • Eastern Europe • Latin America • Southeast Asia

**From:** Christine Chuang [mailto:cchuang@dralegal.org]
**Sent:** Tuesday, June 04, 2013 4:40 PM
**To:** Kari Tatro
**Cc:** gabriel.dermer@lacity.org; Shawna Parks
**Subject:** RE: CALIF v. LA: Information Request

Dear Kari,

I have follow up questions relating to your responses below. We will need your response by Thursday.

Question 2: We asked what it means if Ms. Kailes' recommendations are not used if not tied to a legal reference. What legal standards you are using?

Question 6: We asked for more details about the permanent Disability, Access and Functional Needs Technical Specialist, including who this person is. According to the City, the person is an employee of the Department of Disability. We would like to know who this person is.

Question 8: We asked who the members of the committee are who are surveying shelters and their qualifications. The answer was nonresponsive. Who are the members and what are their qualifications?

Thanks, Christine

**From:** Kari Tatro [mailto:ktatro@bcfs.net]
**Sent:** Monday, June 03, 2013 3:39 PM
**To:** Christine Chuang
**Cc:** gabriel.dermer@lacity.org; Shawna Parks
**Subject:** RE: CALIF v. LA: Information Request


Christine,
We are happy to get you replies to all of your questions. However, the reply for question number one will take longer to consolidate and will be to you by June 12th. The answers to questions 2-8 are in the attached document. As you will see, because some of the questions were regarding City actions, we have forwarded those inquiries to the City and have obtained the City's responses.

Thanks
Kari


**Kari Tatro** Executive Vice President for Emergency Management Operations
**BCFS**
**Administrative & Foundation Office**
1506 Bexar Crossing | San Antonio, TX 78232
**office** (210) 832-5000 |**fax**  (210) 832-5005
**direct** (210) 208-5607|**cell**  (210) 542-8886
**corporate website** www.BCFS.net | **program website** www.BCFS.net/EMD

Arizona • California • Colorado • Florida • Illinois • New York • Ohio • Oregon • Tennessee • Texas • Washington, D.C.
Africa • Eastern Europe • Latin America • Southeast Asia

**From:** Christine Chuang [mailto:cchuang@dralegal.org]
**Sent:** Thursday, May 30, 2013 3:31 PM
**To:** Kari Tatro
**Cc:** gabriel.dermer@lacity.org; Shawna Parks
**Subject:** RE: CALIF v. LA: Information Request

Thanks Kari. Because Plaintiffs need to file their response to your report by next Friday and will need to review the requested information, please send the information by Monday, June 3. Thanks, Christine

**From:** Kari Tatro [mailto:ktatro@bcfs.net]
**Sent:** Tuesday, May 21, 2013 10:11 AM
**To:** Christine Chuang
**Cc:** 'gabriel.dermer@lacity.org'; Shawna Parks
**Subject:** Re: CALIF v. LA: Information Request

Good morning,
We are working on this and will have a reply to you as soon as possible.
Kari
Kari Tatro
EVP Emergency Management
Office: 210 208 5607
Cell: 210 542 8886

**From**: Christine Chuang [mailto:cchuang@dralegal.org]
**Sent**: Monday, May 20, 2013 06:07 PM
**To**: Kari Tatro
**Cc**: gabriel.dermer@lacity.org <gabriel.dermer@lacity.org>; sparks@dralegal.org <sparks@dralegal.org>
**Subject**: CALIF v. LA: Information Request


Dear Kari,

We received BCFS's bi-annual report on May 9.  Pursuant to the court order, we are requesting the following additional information:

1)     It was unclear from Attachment 2 to the bi-annual report what the 280 identified gaps were as the chart just listed the gap numbers.  Please send us the 15 completed detailed gap analyses submitted to the City thus far that describe the 280 gaps.

2)     What does it mean if Ms. Kailes' recommendations are not used if not tied to a legal reference?

3)     When did BCFS inform the City that it could not determine if the City is in compliance without reviewing the City department SOPs?

4)     Copies of all revisions to the City department SOPs as discussed in the City's May 14 letter to Plaintiffs.

5)     Copies of all revisions to City EOPs.

6)     Please provide more details regarding the permanent Disability, Access and Functional Needs Technical Specialist. For example, who has been hired, what are his or her qualifications, and to whom does he or she report to?

7)     Please provide more details regarding the Emergency Needs Information System.  For example, will this function like a registry?

8)     Please provide more information regarding the City's efforts to undertake surveys of all shelters for accessibility.

a.     How many shelters have been surveyed?

b.     Please provide copies of all completed surveys.

c.     How many shelters have been found inaccessible?

d.   How many shelters are in the process of being modified?

e.   Who is assisting in the modification process?

f.   Who are the members of the committee who are surveying the shelters? Qualifications?

Thank you, Christine


Christine Chuang

Staff Attorney

Disability Rights Advocates

2001 Center Street, Third Floor

Berkeley, California  94704-1204

510 665 8644 ext. 157(Tel)

510 665 8716 (TTY)

510 665 8511 (Fax)

STATEMENT OF CONFIDENTIALITY

The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 or (510) 665-8716 (TTY) and delete the message and its attachments, if any.