# EXHIBIT B



City Hall East
200 N. Main Street
Room 916
Los Angeles, CA 90012

(213) 473-6850 Tel
(213) 473-6818 Fax
gabriel.dermer@lacity.org
www.lacity.org/atty

**CARMEN A. TRUTANICH**
**City Attorney**

May 14, 2013

<u>*By Email Only*</u>

Shawna Parks, Esq.
Christine Chuang, Esq.
Disability Rights Advocates
2001 Center St., 4th Floor
Berkeley, CA  94704
Fax: (510) 665-8511

> Re:  *Communities Actively Living Independent and Free et al. v. City of Los Angeles et al.*  (USDC Case No.:  CV-09-0287 CBM (RZx)

Dear Shawna and Christine:

I write to respond to Shawna's email of yesterday providing Plaintiffs' preliminary comments to the Bi-Annual Report of May 9, 2013 ("May 9 Report"), filed by BCFS.  As explained below, there is no cause for a meeting with the Court.

As explained in the May 9 Report, the function of the Emergency Operation Plans (EOPs) being reviewed by BCFS is to describe the overall Citywide response function and capabilities.  The detailed information required by each City department to direct tactical operations to carry out the EOPs is contained in department-specific Standard Operating Procedures (SOPs).   In order to satisfy BCFS's obligation to determine whether the City is adequately prepared to meet the needs of citizens with disabilities, it is necessary for BCFS to review each City department's relevant SOPs.

Upon learning of this, the City acted to address this matter immediately.   EMD has facilitated meetings between BCFS and City departments, and BCFS has already met with several key City departments, including the Fire Department and Police Department, to address

Shawna Parks, Esq.
Christine Chuang, Esq.
May 14, 2013
Page 2

the specificity needed in their respective SOPs.  These meetings were held on March 6th and April 25th to provide information to department representatives on how to either develop or update existing SOPs to ensure inclusive language relative to services and/or resources being provided to persons with disabilities and others with access and functional needs.

City departments are currently working on revisions to the SOPs, under BCFS' guidance. A contractual amendment is necessary to add one or two additional staff and expertise to work directly with City departments on this matter.  The City has set aside additional money for this purpose, money that will be available in the 2013-14 budget (commencing July 1).   Most importantly, the additional review, revision and development of SOPs will *not* delay the completion of this project, such that the City will be in full compliance by November 2014.

Finally, we are pleased with the integrity and thoroughness being applied by BCFS to this important work.   BCFS is acting as a truly independent expert, as it was directed to do by the Court's Order of November 9, 2011.  The City is confident that BCFS will hold the City to the highest standards of compliance.

Sincerely,

Gabriel S. Dermer
Deputy City Attorney