# EXHIBIT C

# Christine Chuang

| | |
|---|---|
| **From:** | Christine Chuang |
| **Sent:** | Tuesday, March 26, 2013 1:55 PM |
| **To:** | 'Gabriel Dermer' |
| **Cc:** | Shawna Parks |
| **Subject:** | RE: Possible dates for CALIF/Wistrich |

Dear Gabriel,

Plaintiffs write in response to the City's refusal to provide Plaintiffs with the requested work product.

Plaintiffs are, of course, disappointed in the City's response. The City and BCFS have continuously been unwilling to provide Plaintiffs with substantive information that would allow Plaintiffs to assess the status of compliance in this matter. The City's refusal to provide Plaintiffs with the requested work product ignores the fact that the parties have been in a continuous meet and confer since the last status report.  Plaintiffs have still not received any information or documents that can tell us what BCFS, the court-appointed expert, has done to date and therefore we are entitled to continue to request further information. The City's refusal to be forthcoming with such information makes it apparent that a modification of the order may be needed to address this issue.

Thanks, Christine

-----Original Message-----
From: Gabriel Dermer [mailto:gabriel.dermer@lacity.org]
Sent: Thursday, March 21, 2013 2:46 PM
To: Christine Chuang
Cc: Shawna Parks
Subject: Re: Possible dates for CALIF/Wistrich

Hi Christine,
  Please let me know if we're confirmed.  Please note that I'll be out of the office some days over the next couple weeks for the Passover holiday, so it may take me a bit to respond to you.

  In terms of providing BCFS' work product at this time, the City would like to follow the Court's Order wherein it states that Plaintiffs are free to request "additional information" but must do so within 30 days of the expert's report's issuance.  Given that requirement, the City is inclined to wait for the next reporting period so that the Parties are privy to complete reporting information and work product, as we have a concern that incomplete and/or "in-progress" work product could be misleading.  Thank you.

Gabriel

On Thu, Mar 21, 2013 at 11:59 AM, Christine Chuang <cchuang@dralegal.org> wrote:
> Hi Gabriel,
>
> We can do April 23.  I will call the clerk to confirm that the date is
> still available.  June will not be attending and we do not think she
> needs to be there. If you want BCFS to attend, we will not object,
> however, we believe this is a dispute between the parties and not the
> experts.
>
> Also, can you provide Plaintiffs with any work product that BCFS has
> done to date? This will be helpful for us to address the issues with
> the judge and will make the mediation session more productive.
>
> Thanks, Christine
>
>
> -----Original Message-----
> From: Gabriel Dermer [mailto:gabriel.dermer@lacity.org]

1

```
> Sent: Wednesday, March 20, 2013 2:05 PM
> To: Christine Chuang
> Subject: Re: Possible dates for CALIF/Wistrich
>
> Sorry, but we can't make it the 25th.
>
> On Wed, Mar 20, 2013 at 1:39 PM, Christine Chuang
> <cchuang@dralegal.org>
> wrote:
>> Are you able to do the 25th ?
>>
>> -----Original Message-----
>> From: Gabriel Dermer [mailto:gabriel.dermer@lacity.org]
>> Sent: Wednesday, March 20, 2013 12:54 PM
>> To: Christine Chuang
>> Subject: Re: Possible dates for CALIF/Wistrich
>>
>> Hi Christine,
>>  April 23 works for us.  But we think that Ms. Kailes and BCFS
>> personnel should attend; we can't see the meeting being very
>> productive without them.
>>
>> Gabriel
>>
>> On Tue, Mar 19, 2013 at 5:16 PM, Gabriel Dermer
>> <gabriel.dermer@lacity.org> wrote:
>>> I was.  I'm checking with City personnel and will get back to you
>> asap.
>>>
>>> Gabriel
>>>
>>> On Tue, Mar 19, 2013 at 4:34 PM, Christine Chuang
>> <cchuang@dralegal.org> wrote:
>>>> Just following up, I saw you were out of the office last week.
>>>> Thanks, Christine
>>>>
>>>> _____
>>>> From: Christine Chuang
>>>> Sent: Thursday, March 14, 2013 10:18 AM
>>>> To: gabriel.dermer@lacity.org
>>>> Subject: Possible dates for CALIF/Wistrich
>>>>
>>>> Hi Gabriel, do any of the following dates work for you? We don't
>>>> believe that it's necessary for the experts to attend this session.
>>>> Judge Wistrich's clerk said that once we have a date, the judge
>>>> will
>
>>>> set a date for us to submit a joint report. Thanks, Christine
>>>>
>>>> All at 2 pm:
>>>>
>>>> April 22 (Mon)
>>>>
>>>> April 23 (Tues)
>>>>
>>>> April 25 (Thurs)
>>>>
>>>>
>>>>
>>>> Christine Chuang
>>>>
```

2

>>>> Staff Attorney
>>>>
>>>> Disability Rights Advocates
>>>>
>>>> 2001 Center Street, Third Floor
>>>>
>>>> Berkeley, California  94704-1204
>>>>
>>>> 510 665 8644 ext. 157(Tel)
>>>>
>>>> 510 665 8716 (TTY)
>>>>
>>>> 510 665 8511 (Fax)
>>>>
>>>> STATEMENT OF CONFIDENTIALITY
>>>>
>>>> The contents of this e-mail message and any attachments are
>>>> confidential and are intended solely for the addressee. This
>>>> information may also be legally privileged. This transmission is
>>>> sent
>>
>>>> in trust, for the sole purpose of delivery to the intended
> recipient.
>>
>>>> If you have received this transmission in error, any use,
>>>> reproduction or dissemination of this transmission is strictly
>>>> prohibited. If you are not the intended recipient, please
>>>> immediately
>>
>>>> notify the sender by reply e-mail or at (510) 665-8644 or (510)
>>>> 665-8716 (TTY) and delete the message and its attachments, if any.
>>>
>>>
>>>
>>> --
>>> Gabriel S. Dermer
>>> Deputy City Attorney
>>> Office of the City Attorney
>>> 200 N. Main Street, 9th Floor
>>> City Hall East, Room 916
>>> Los Angeles, CA  90012
>>> Phone:  (213) 473-6850
>>> Fax:  (213) 473-6818
>>> Email: gabriel.dermer@lacity.org
>>
>>
>>
>> --
>> Gabriel S. Dermer
>> Deputy City Attorney
>> Office of the City Attorney
>> 200 N. Main Street, 9th Floor
>> City Hall East, Room 916
>> Los Angeles, CA  90012
>> Phone:  (213) 473-6850
>> Fax:  (213) 473-6818
>> Email: gabriel.dermer@lacity.org
>> ******************Confidentiality Notice *************************
>> This
>
>> electronic message transmission contains information from the Office

3

```
>> of the Los Angeles City Attorney, which may be confidential or
>> protected by the attorney-client privilege and/or the work product
>> doctrine. If you are not the intended recipient, be aware that any
>> disclosure, copying, distribution or use of the content of this
> information is prohibited.
>> If you have received this communication in error, please notify us
>> immediately by e-mail and delete the original message and any
>> attachments without reading or saving in any manner.
>> *********************************************************************
>>
>>
>
>
>
> --
> Gabriel S. Dermer
> Deputy City Attorney
> Office of the City Attorney
> 200 N. Main Street, 9th Floor
> City Hall East, Room 916
> Los Angeles, CA  90012
> Phone:  (213) 473-6850
> Fax:  (213) 473-6818
> Email: gabriel.dermer@lacity.org
> *****************Confidentiality Notice ************************ This
> electronic message transmission contains information from the Office
> of the Los Angeles City Attorney, which may be confidential or
> protected by the attorney-client privilege and/or the work product
> doctrine. If you are not the intended recipient, be aware that any
> disclosure, copying, distribution or use of the content of this information is prohibited.
> If you have received this communication in error, please notify us
> immediately by e-mail and delete the original message and any
> attachments without reading or saving in any manner.
> *********************************************************************
>



--
Gabriel S. Dermer
Deputy City Attorney
Office of the City Attorney
200 N. Main Street, 9th Floor
City Hall East, Room 916
Los Angeles, CA  90012
Phone:  (213) 473-6850
Fax:  (213) 473-6818
Email: gabriel.dermer@lacity.org
*****************Confidentiality Notice ************************ This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege
and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of the content of this information is prohibited.  If you have received this communication in error, please notify us
immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*********************************************************************
```