DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE, a nonprofit corporation, and AUDREY HARTHORN, an individual, on behalf of themselves and ALL OTHERS SIMILARLY SITUATED,

                Plaintiffs,

v.

CITY OF LOS ANGELES, a public entity, and COUNTY OF LOS ANGELES, a public entity,

                Defendants.

**Case No.: CV 09-0287 CBM (RZx)**

**ORDER OF DISMISSAL WITH PREJUDICE RE DEFENDANT CITY OF LOS ANGELES**

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Court's November 9, 2011 Order re Injunctive Relief (Dkt. No. 172), the expert's final report dated November 10, 2014, and the parties' Joint Statement re Termination of Case and Stipulation of Dismissal indicating that the work required to remedy the violations found by the Court is complete, the Court hereby dismisses the case with prejudice.

IT IS SO ORDERED.

Dated: December 5, 2014      By: _____
                                  Honorable Consuelo B. Marshall

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Communities Actively Living Independent and Free, et al. v. City of Los Angeles, et al.*, **Case No. CV 09-0287 CBM (RZx)**
**ORDER OF DISMISSAL WITH PREJUDICE** 1